CR 07 009 -027

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☑ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): GERARD B. SULLIVAN

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

CR06-02T, 05-08T

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: CARLOS ORTIZ

Address

REDACTED

☐ In

Birth Date

ble)

Social

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 23

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHED | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT**

**ATTACHMENT**

**DEFENDANT: CARLOS ORTIZ**

TOTAL # OF COUNTS - 23

**COUNT 1: CONSPIRACY - 18 U.S.C. Section 371**

Penalties: 5 years imprisonment; $250,000 fine or twice the gross gain or loss, whichever is greater; 3 years supervised release; $100 mandatory special assessment.

**COUNTS 2-22: MAIL FRAUD - 18 U.S.C. Sections 2, 1341 and 1346**
Penalties:
**Counts 2-8**: 5 years imprisonment; $250,00 fine or twice the gross gain or loss, whichever is greater; 3 years supervised release; $100 mandatory special assessment per count;

**Counts 9-22**: 20 years imprisonment; $250,00 fine or twice the gross gain or loss, whichever is greater; 3 years supervised release; $100 mandatory special assessment per count;

**COUNT 23: BRIBERY - 18 U.S.C. Sections 2 and 666(a)(2)**
Penalties:
10 years imprisonment; $250,000 fine or twice the gross gain or loss, whichever is greater; 3 years supervised release; $100 mandatory special assessment.

Estimated time for trial: 4 weeks