**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 07 009 T |
| | ) | |
| **v.** | ) | **CRIMINAL NO.** |
| | ) | |
| **JOHN R. KRAMER and** | ) | **In violation of 18 U.S.C. §§ 2, 371,** |
| **CARLOS ORTIZ** | ) | **666, 1341 and 1346** |

**NOTICE OF RELATED CASES**

In conjunction with the filing of the above-referenced matter, the United States hereby notifies the Court of two-pending related cases:

CR-05-00~~08~~80-T

CR-06-0002-T

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
DULCE DONOVAN
Assistant U.S. Attorneys