# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOHN R. KRAMER

**APPEARANCE**

Case Number: CR07-09

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN R. KRAMER

I certify that I am admitted to practice in this court.

January 22, 2007
Date

Peter DiBiase
Signature /s/ Peter A. DiBiase

Peter A. DiBiase, Esq. 1796
Print Name Bar Number

91 Friendship Street
Address

Providence RI 02903
City State Zip Code

401-831-5020 401-421-0876
Phone Number Fax Number