UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES, :
Plaintiff :
:
V. : DOCKET NO. 1:2007-cr-00009 (MML)
:
JOHN R. KRAMER AND :
CARLOS ORTIZ, :
Defendants. :

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, John R. Kramer hereby moves that Scott D. Corrigan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

John R. Kramer
Defendant

/s/ Peter A. DiBiase
By: Peter A. DiBiase, Esq.
Bar ID No. 1796
Address: The Remington Building
91 Friendship St.
Providence, RI 02903-3819

Dated: January 25, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Connecticut and New York, and of the following Federal District Court and/or Court of Appeals Bars, Eastern District of New York, Northern District of New York, Southern District of New York, and Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Scott D. Corrigan
Print Name

2542470 (NY) and 406787 (CT)
State Bar ID #

Wiggin and Dana LLP
Firm Name

450 Lexington Avenue, New York, NY 10017
Business Address

212-551-2605
Tel. #

212-490-0536
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Peter A. DiBiase
Signature of Local Counsel Applicant

Peter A. DiBiase, Esq.
Print Name

1796
RI Bar ID #

Law Offices of Peter A. DiBiase, Esq.
The Remington Building
91 Friendship St.
Providence, RI 02903-3819
Tel: 401-831-5020
Fax: 401-421-0876

**ORDER**

The defendant's Motion for Admission Pro Hac Vice is hereby

GRANTED/DENIED.

SO ORDERED this ____ day of January, 2007.

______________________________
District Judge

Date: ____________________________

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was mailed, postage pre-paid, this 25 day of January, 2007 to:

**Gerard B. Sullivan**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov

/s/ Peter A. DiBiase
Peter A. DiBiase, Esq.

\17393\1\125637.1