**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No: 07-009L |
| | ) |
| JOHN R. KRAMER and | ) |
| CARLOS ORTIZ | ) |

**PLAINTIFF'S RESPONSE TO ATTORNEY SCOTT D. CORRIGAN'S MOTION FOR ADMISSION PRO HAC VICE**

Now comes the United States of America, by and through its attorneys in the above-entitled matter and hereby states that it has no objection to the Motion for Scott D. Corrigan to be admitted to Pro Hac Vice.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN

GERARD B. SULLIVAN
DULCE DONOVAN
Assistant United States Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
gerard.sullivan@usdoj.gov
dulce.donovan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2007, I caused the United States Response to Defendant, John R. Kramer's, Motion for Admission Pro Hac Vice to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Peter A. DiBiase, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3819

/S/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
DULCE DONOVAN
Assistant United States Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
gerard.sullivan@usdoj.gov
dulce.donovan@usdoj.gov