UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | |
| V. | : | DOCKET NO. 1:2007-cr-00009 (MML) |
| JOHN R. KRAMER AND<br>CARLOS ORTIZ,<br>Defendants. | : | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS**

Pursuant to Fed. R. Crim. P. 45(b), Defendants, John R. Kramer ("Kramer") and Carlos Ortiz ("Ortiz"), hereby jointly submit this unopposed Motion for an Order enlarging the time allowed to comply with the pre-trial discovery deadlines that the Court originally outlined in the Arraignment and Pretrial Discovery Order dated January 30, 2007. In support of this Motion, Kramer and Ortiz state the following:

1. On January 18, 2007, a federal grand jury indicted defendants Kramer and Ortiz in connection with the above-referenced matter.

2. On January 30, 2007, this Court arraigned defendants Kramer and Ortiz pursuant to Rule 10 of the Federal Rules of Criminal Procedure, and they entered pleas of not guilty.

3. On January 30, 2007, the Court issued an Arraignment and Pretrial Discovery Order, setting forth various pretrial deadlines with respect to pretrial discovery and pretrial motions.

4. This is a complex case, involving a voluminous amount of documents (the government's discovery may exceed several hundred thousand documents), a lengthy period of time covered by the indictment, and complicated facts.

5. This is the first enlargement of time that the parties have requested.

6. Counsel for defendants Kramer and Ortiz met with the United States Attorney's Office on February 2, 2007 to discuss discovery in this case. At that meeting, the parties agreed to a timetable for (i) the government's production of voluminous discovery materials to defendants Kramer and Ortiz, and (ii) the government making available at the United States Attorney's Office an additional amount of voluminous material for review by defense counsel. In addition and among other things, the government and defense counsel agreed at the February 2, 2007 meeting to meet and confer after the completion of the United States' document production in an effort to enter stipulations with the goal of avoiding certain evidentiary disputes at trial.

7. Since the February 2, 2007 meeting, defense counsel and the government have had numerous telephone conversations concerning discovery.

8. The United States, via transmissions on February 9 and February 16, already has produced approximately 150,000 documents to defendants, Kramer and Ortiz, and will be making additional productions.

9. The majority of the defendants' motions cannot be prepared until the defense completes its pre-trial investigation and research. Defense counsel believe that granting this Motion is likely to reduce the number of defense motions filed in this matter since it will provide an opportunity for defense counsel and the government to meet and confer to resolve evidentiary issues and discovery disputes without intervention of the Court.

10. The United States, by its Assistant U.S. Attorney Gerard B. Sullivan, has no objection to this Motion.

11. Defendants Kramer and Ortiz submit that due to the nature of the relief requested, as well as the lack of opposition by the United States, a memorandum of law is not necessary for the Court to rule on this Motion.

WHEREFORE, defendants Kramer and Ortiz respectfully request that the Court enter an Order:

A. Granting this Motion to enlarge the pretrial deadlines as follows:

1. **June 14, 2007** – All pretrial motions, including evidentiary and dispositive motions, shall be filed on or before the close of business on this date.

2. **July 5, 2007** – All responses and/or oppositions to any pretrial motions shall be filed on or before the close of business on this date.

3. **Pretrial Conference** – The Pretrial Conference shall take place two (2) weeks after the United States has responded to defendants Kramer's and Ortiz's motions.

4. **Trial** – A trial date shall be set within a reasonable time thereafter

and

B. Granting such other relief as is just and proper.

STATEMENT PURSUANT TO LOCAL RULE 12 (f)

The filing and disposition of this motion, as well as the time requested, constitutes excludable time of approximately ninety days as defined by 18 U.S.C. § 3161(h)(1)(f).

Dated: February 28, 2007

Respectfully submitted,

/s/ David B. Fein
David B. Fein
Scott D. Corrigan
WIGGIN AND DANA LLP
400 Atlantic Avenue
Stamford, CT 06911-0325
tel: 203-363-7603
fax: 203-363-7676

Peter DiBiase
91 Friendship Street
Suite 3
Providence, RI 02903-3837
tel: 401-831-5020
fax: 401-421-0876

*Attorneys for Defendant*
*John R. Kramer*

/s/ Mark L. Smith
Mark L. Smith
LAW OFFICES OF MARK L. SMITH
127 Dorrance Street
Providence, RI 02903
tel: 401-272-1432
fax: 401-272-1503

Thomas R. Kiley
COSGROVE, EISENBERG AND KILEY
One International Place
Suite 1820
Boston, MA 02110
tel: 617-439-7775
fax: 617-330-8774

*Attorneys for Defendant*
*Carlos Ortiz*

## CERTIFICATE OF SERVICE

I, **Scott D. Corrigan**, certify that on the 28th day of February, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov