**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Now comes John Kramer and moves this Court to amend the condition of his release in the above-entitled matter to allow him to travel to and remain in Cape May, New Jersey from June 29, 2007 to July 23, 2007 and from August 3, 2007 to August 27, 2007 stating as his reasons and grounds:

1. That John Kramer and his wife Lynn Kramer have owned a home in Cape May, New Jersey since 1961 and have resided there during the summer months on a regular basis since 1961.

2. That in addition to their summer residence, Mr. and Mrs. Kramer also own a parcel of commercial real estate in Cape May, New Jersey from which Mrs. Kramer operates a clothing business.

3. That during the periods of time identified in the within motion, matters related to the commercial real estate as well as the daily operations of the business being operated therefrom will require Mr. and Mrs. Kramer's attendance.

4. That if the Court permits the within travel request, the Defendant will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in New Jersey.

Granted. Mary M. Lisi USDJ 6/19/07

5. That the Government has been advised of this travel request and has no objection to it being granted.

WHEREFORE, Mr. Kramer prays that this court amend the conditions of his bail release to allow him to travel to and remain in Cape May, New Jersey from June 29, 2007 to July 23, 2007 and from August 3, 2007 to August 27, 2007.

Respectfully submitted,

/s/

Peter A. DiBiase, Esq. (#1796)
The Remington Building
91 Friendship Street, 3rd Floor
Providence, RI 02903
Tel: (401) 831-5020
Fax: (401) 421-0876

**CERTIFICATE OF E-FILING**

I hereby certify that on the 18th day of June, 2007, I caused the within to be filed electronically and it is available for viewing and downloading from ECF system.

David B. Fein, Esq.
Wiggins and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Maureen Bradley, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence, RI 02903

Scott D. Corrigan, Esq.
Wiggins and Dana
450 Lexington Avenue, Suite 3800
New York, NY 10017

Gerard B. Sullivan, Esq.
Assistant United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/
Peter Dibiase