UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : DOCKET NO. 1:2007-cr-00009 (MML)
:
JOHN R. KRAMER AND :
CARLOS ORTIZ :
:

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS**

Pursuant to Fed. R. Crim. P. 45(b), Defendants John R. Kramer ("Kramer") and Carlos Ortiz ("Ortiz") hereby jointly submit this unopposed Motion for an Order further enlarging the time allowed to comply with the pre-trial discovery deadlines that the Court originally set in the Arraignment and Pretrial Discovery Order dated January 30, 2007 and enlarged in Orders dated March 2, 2007 and May 10, 2007. In support of this Motion, defendants Kramer and Ortiz state the following:

1. On January 18, 2007, a federal grand jury indicted defendants Kramer and Ortiz in connection with the above-referenced matter.

2. On January 30, 2007, this Court arraigned defendants Kramer and Ortiz pursuant to Rule 10 of the Federal Rules of Criminal Procedure, and they entered pleas of not guilty.

3. On January 30, 2007, the Court issued an Arraignment and Pretrial Discovery Order, setting forth various pretrial deadlines with respect to pretrial discovery and pretrial motions.

4. On February 28, 2007, defendants Kramer and Ortiz filed an unopposed motion for enlargement of the pretrial deadlines set forth in the Arraignment and Pretrial Discovery

Order (the "First Enlargement Motion"). On March 2, 2007, the Court granted the First Enlargement Motion.

5. On May 9, 2007, defendants Kramer and Ortiz filed a second unopposed motion for enlargement of the pretrial deadlines set forth in the Arraignment and Pretrial Discovery Order (the "Second Enlargement Motion"). On May 10, 2007, the Court granted the Second Enlargement Motion and enlarged the pretrial deadlines set forth in the Arraignment and Pretrial Discovery Order as follows:

- **August 14, 2007** – All pretrial motions, excluding evidentiary motions, shall be filed on or before the close of business on this date.
- **September 6, 2007** – All responses and/or oppositions to any pretrial motions shall be filed on or before the close of business on this date.
- **Pretrial Conference** – The Pretrial Conference shall take place two (2) weeks after the United States has responded to defendants Kramer's and Ortiz's motions.
- **Trial** – A trial date and a deadline for the filing of pretrial evidentiary motions shall be set within a reasonable time thereafter.

6. This Motion constitutes the third enlargement of time that the parties have requested.

7. As set forth in the First and Second Enlargement Motions, this case involves a vast amount of documents, electronic files and facts.

8. The United States has produced a voluminous amount of documents and electronic files to defendants Kramer and Ortiz via transmissions on February 9, February 16, March 2, April 4, April 10, June 19, July 3 and July 27, 2007. An additional production of

electronic files by the United States is expected shortly. Defendants Kramer and Ortiz have retained a computer forensics expert to work with the United States' computer experts in a review of the hard drives of John Celona's computers, which is expected to result shortly in the production of additional electronic files or documents.

9. The United States also made available for review at the United States Attorney's Office an additional amount of voluminous material to counsel for defendants Kramer and Ortiz, and counsel reviewed that material on March 1, March 26, April 9-10 and May 30-31, 2007. With the permission of the United States and at the Defendants' expense, an outside vendor copied approximately 20,000 additional pages of documents, which became available to defense counsel on May 8, 2007 and July 17, 2007.

10. Thus far, the United States has produced substantially more than 150,000 pages of documents.

11. Defense counsel and the United States have had frequent and productive conversations regarding the ongoing discovery process. On May 2, 2007, June 19, 2007, and July 17, 2007, defense counsel met (and on many other dates otherwise communicated) with the United States Attorney's Office in an ongoing effort to avert discovery disputes and to enter into stipulations with respect to evidentiary issues. We believe that our joint efforts will reduce significantly the time to prepare and conduct the trial in this matter.

12. Given the extensive, prolonged and ongoing discovery process and the continuing cooperation between defense counsel and the United States, defense counsel believe that granting this Motion will allow the parties to continue to meet and confer to resolve discovery disputes and evidentiary issues without intervention of the Court.

13. The United States, by its Assistant U.S. Attorney Gerard B. Sullivan, has no objection to this Motion.

14. Defendants Kramer and Ortiz submit that due to the nature of the relief requested, as well as the lack of opposition by the United States, a memorandum of law is not necessary for the Court to rule on this Motion.

WHEREFORE, defendants Kramer and Ortiz respectfully request that the Court enter an Order:

A. Granting this Motion to enlarge the pretrial deadlines as follows:

1. **September 28, 2007** – All pretrial motions, excluding evidentiary motions, shall be filed on or before the close of business on this date.

2. **October 19, 2007** – All responses and/or oppositions to any pretrial motions shall be filed on or before the close of business on this date.

3. **Pretrial Conference** – The Pretrial Conference shall take place two (2) weeks after the United States has responded to defendants Kramer's and Ortiz's motions.

4. **Trial and Pretrial Evidentiary Motions** – A trial date and a deadline for the filing of pretrial evidentiary motions shall be set within a reasonable time thereafter.

and

B. Granting such other relief as is just and proper.

STATEMENT PURSUANT TO LOCAL RULE 12 (f)

The filing and disposition of this motion, as well as the time requested, constitutes excludable time of approximately forty-five days, which are additional to the excludable time of approximately one hundred fifty days constituted by the filing and disposition of the First and Second Enlargement Motions, as defined by 18 U.S.C. § 3161(h)(1)(f).

Dated: August 6, 2007

Respectfully submitted,

/s/ David B. Fein
David B. Fein
Scott D. Corrigan
WIGGIN AND DANA LLP
400 Atlantic Avenue
Stamford, CT 06911-0325
tel: 203-363-7603
fax: 203-363-7676

Peter DiBiase
91 Friendship Street
Suite 3
Providence, RI 02903-3837
tel: 401-831-5020
fax: 401-421-0876

*Attorneys for Defendant*
*John R. Kramer*

/s/ Mark L. Smith
Mark L. Smith
LAW OFFICES OF MARK L. SMITH
127 Dorrance Street
Providence, RI 02903
tel: 401-272-1432
fax: 401-272-1503

Thomas R. Kiley
COSGROVE, EISENBERG AND KILEY
One International Place
Suite 1820
Boston, MA 02110
tel: 617-439-7775
fax: 617-330-8774

*Attorneys for Defendant*
*Carlos Ortiz*

## CERTIFICATE OF SERVICE

I, **Scott D. Corrigan**, certify that on the 6th day of August, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov