**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MOTION TO AMEND TERMS OF RELEASE**

Now comes John Kramer and moves this Court to amend the conditions of his release in the above-entitled matter to allow him to travel to Trenton, New Jersey and remain in New Jersey for a three-day period surrounding the birth of his grandchild which is expected to be on or about October 28, 2007 stating as his reasons and grounds:

1. That John Kramer's daughter, Kirsten Casey is expecting the birth of her second child on or about October 28, 2007.

2. That Kristen Casey will be hospitalized for the birth of this child at Trenton Mercer Hospital in Trenton, New Jersey.

3. That John Kramer and his wife, Lynn Kramer would like to attend the birth of this grandchild and remain with their daughter in New Jersey for a total of three days.

4. That if the Court permits the within travel request, the Defendant will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in New Jersey and prior to his departure will advise his probation officer as to exactly when the three-day period would begin.

5. That the Government has been advised of this travel request and has no objection to it being granted.

WHEREFORE, Mr. Kramer prays that this court amend the conditions of his bail release to allow him to travel to and remain in New Jersey for a three-day period beginning on or about October 28, 2007.

Respectfully submitted,

_/s/_________________________

Peter A. DiBiase, Esq. (#1796)
The Remington Building
91 Friendship Street, 3rd Floor
Providence, RI 02903
Tel: (401) 831-5020
Fax: (401) 421-0876

**CERTIFICATE OF E-FILING**

I hereby certify that on the ________ day of September, 2007, I caused the within to be filed electronically and it is available for viewing and downloading from ECF system.

David B. Fein, Esq.
Wiggins and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Maureen Bradley, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence, RI 02903

Scott D. Corrigan, Esq.
Wiggins and Dana
450 Lexington Avenue, Suite 3800
New York, NY 10017

Gerard B. Sullivan, Esq.
Assistant United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

__/s/________________________
Peter A. DiBiase