**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MOTION TO AMEND TERMS OF RELEASE**

Granted. Mary M. Lisi USDJ 10/19/07

Now comes John Kramer and moves this Court to amend the conditions of his release in the above-entitled matter to allow him to remain in Cape May, New Jersey until and through October 26, 2007 stating as his reasons and grounds:

1. That on August 30, 2007, this Court granted Mr. Kramer's request to travel and remain in New Jersey from October 7, 2007 until October 19, 2007.

2. That Mr. Kramer, upon notification to Probation, traveled to New Jersey on October 7, 2007, however, due to a family emergency, he had to return to Rhode Island on October 11, 2007 and he remained here until October 14, 2007.

3. That Mr. Kramer returned to Cape May, New Jersey on October 14, 2007 to deal with matters related to the renovations of his commercial real estate which are extensive in nature.

4. That if the Court permits the within request, Mr. Kramer will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in New Jersey.

5. That the Government has been advised of this travel request and has no objection to its being granted.

WHEREFORE, Mr. Kramer prays that this court amend the conditions of his bail release to allow him to remain in Cape May, New Jersey through October 26, 2007.

Respectfully submitted,

/s/ Peter A. DiBiase

Peter A. DiBiase, Esq. (#1796)
The Remington Building
91 Friendship Street, 3rd Floor
Providence, RI 02903
Tel: (401) 831-5020
Fax: (401) 421-0876

**CERTIFICATE OF E-FILING**

I hereby certify that on the 18th day of October, 2007, I caused the within to be filed electronically and it is available for viewing and downloading from ECF system.

David B. Fein, Esq.
Wiggins and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Maureen Bradley, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence, RI 02903

Scott D. Corrigan, Esq.
Wiggins and Dana
450 Lexington Avenue, Suite 3800
New York, NY 10017

Gerard B. Sullivan, Esq.
Assistant United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Peter A. DiBiase
Peter A. DiBiase