**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes John Kramer and moves this Court to amend the conditions of his release set in the above matter on January 30, 2007, to allow him to travel to the State of New Jersey, stating as his reasons and grounds:

1. That John Kramer and his wife Lynn Kramer have owned a home in Cape May, New Jersey since 1961, and have resided there during the summer months on a regular basis.

2. That, in addition to their summer residence, Mr. and Mrs. Kramer also own a parcel of commercial real estate in Cape May, New Jersey, from which Mrs. Kramer operates a clothing business.

3. That, since July, 2007, matters related to the commercial real estate and the daily operations of the business have caused Mr. Kramer to request amendments to the terms of his release in the above matter, so that he could travel to New Jersey to deal with these business related issues.

4. That, on each occasion he has notified the Probation Department of his travel to New Jersey, and has fully complied with all conditions set by his Probation Supervisor.

5. That Mr. Kramer is mindful of the number of request he has made to amend the terms of his release; however, due to the ongoing nature of the construction being done to the commercial real estate and the amount of personal expense involved, Mr. Kramer would request a modification of the terms of his release to allow him to travel to New Jersey.

6. That if the Court grants this request, Mr. Kramer will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision in New Jersey.

7. That the Government has been advised of this request and has no objection.

WHEREFORE, Mr. Kramer prays that this Court amend the conditions of his release set by Magistrate Martin on January 30, 2007, to allow him to travel to New Jersey upon notification to and compliance with terms of supervision set by the Probation Department.

/s/ Peter A. DiBiase
Peter A. DiBiase, Esq. (1796)
The Remington Building
91 Friendship Street, 3rd Floor
Providence RI 02903
Tel: (401) 831-5020
Fax: (401) 421-0876

**CERTIFICATE OF E-FILING**

I hereby certify that on the 1st day of November, 2007, I caused the within Motion to be filed electronically, and it is available for viewing and downloading from the ECF system.

David B. Fein, Esq.
Wiggins and Dana LLP
400 Atlantic Street
Stamford CT 06911
dfein@wiggin.com

Maureen Bradley, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence RI 02903

Scott D. Corrigan, Esq.
Wiggins and Dana
450 Lexington Avenue, Ste 3800
New York NY 10017
scorrigan@wiggin.com

Gerard B. Sullivan, Esq.
Assistant United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903
gerard.sullivan@usdoj.gov, kellyann.anderson@usdoj.gov,
paulette.gamache@usdoj.gov, paula.horsey@usdoj.gov

/s/ Peter A. DiBiase