**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 07-009ML |
| | : | |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

## MOTION TO AMEND TERMS OF RELEASE

Now comes John Kramer and moves this Court to amend the conditions of his release in the above-entitled matter to allow him to travel from Cape May, New Jersey to Newark, New Jersey and remain in Newark, New Jersey on December 21, 2007 and to travel from Newark, New Jersey to New York City and remain in New York City on December 22, 2007, stating as his reasons and grounds:

1. That December 21, 2007, will be John Kramer's and Lynn Kramer's forty-sixth wedding anniversary.

2. That on December 22, 2007, one of the Kramer's children, Brady, will arrive at Newark, New Jersey from San Diego, California in the early morning hours.

3. That Brady Kramer and the other Kramer children would like to celebrate their parents anniversary in New York City on December 22, 2007.

4. That if this requested is granted, the Kramer family would then leave New York City on December 23, 2007 and return to Rhode Island on that date and remain there for the holidays.

4. That if the Court permits the within request, Mr. Kramer will comply with any and all conditions that the Probation Department may deem necessary to accomplish his supervision.

5. That the Government has been advised of this travel request and has no objection to its being granted.

WHEREFORE, Mr. Kramer prays that this court amend the conditions of his bail release to allow him to travel to Newark, New Jersey and remain there on the night of December 21, 2007 and to travel to New York City and remain there on the night of December 22, 2007.

Respectfully submitted,

/s/ Peter A. DiBiase

Peter A. DiBiase, Esq. (#1796)
The Remington Building
91 Friendship Street, 3rd Floor
Providence, RI 02903
Tel: (401) 831-5020
Fax: (401) 421-0876

## CERTIFICATE OF E-FILING

I hereby certify that on the 7th day of December, 2007, I caused the within to be filed electronically and it is available for viewing and downloading from ECF system.

David B. Fein, Esq.
Wiggins and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Maureen Bradley, Supervisor (sent via facsimile)
Probation Office
Two Exchange Terrace
Providence, RI 02903

Scott D. Corrigan, Esq.
Wiggins and Dana
450 Lexington Avenue, Suite 3800
New York, NY 10017

Gerard B. Sullivan, Esq.
Assistant United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Peter A. DiBiase
Peter A. DiBiase