UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-009-01/02 ML

JOHN R. KRAMER and
CARLOS ORTIZ

PRETRIAL ORDER

The above-captioned case has been placed on the trial calendar for **May, 2008,** with empanelment scheduled for Monday, **May 5, 2008.** It is hereby

ORDERED:

1. On or before **April 4, 2008,** all counsel shall submit to the Court the following:

   a. A memorandum clearly denominated "Pretrial Memorandum." The pretrial memorandum shall contain a brief analysis of the applicable law (including that applicable to any evidentiary issues that counsel anticipate), and a description of any matters that counsel believe ought to be considered by the Court prior to trial;

   b. An estimate regarding the number of days required to present his or her case.

2. All counsel shall submit to the Court any instructions that counsel request be included in the Court's charge to the jury, together with citations to any authorities supporting such proposed instructions. No request will considered without such a citation. In order to ensure that such requests receive maximum consideration, counsel should submit them prior to trial. However, they must be submitted no later than the commencement of trial.

3. Before presenting evidence, each party shall submit to the Court a typed or printed list, of all exhibits that such party intends to offer. In the case of the Government, the exhibits shall be numbered sequentially. In the case of the Defendants, the exhibits shall be marked alphabetically.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
February 26 , 2008

Entered as an Order of this Court on February 26 , 2008.

Deputy Clerk