**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR07-009ML |
| | : | |
| JOHN KRAMER | : | |
| CARLOS ORTIZ | : | |

PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM

Comes now Petitioner, the United States of America, by and through the Office of the United States Attorney for the District of Rhode Island, and respectfully states to the Court that JOHN CELONA is now confined at Federal Correctional Institution Loretto, Rural Route 276, Loretto, PA, having been incarcerated on a charge against the laws of the United States of America.

Your Petitioner further states to the Court that the said JOHN CELONA will be called as a witness in the trial of the above-entitled matter, which is scheduled to begin on May 12, 2008.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue from this Court to the Warden at said Prison and/or the United States Marshal, to produce in Providence, Rhode Island, on Monday, May 12, 2008, the body of JOHN CELONA and from time to time thereafter as this Court may require him to testify. JOHN CELONA is to remain in the custody of the United States Marshal or to be returned to the custody of the said Warden or his authorized representative upon the completion of the said JOHN CELONA's testimony.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar #3309
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email: stephen.dambruch@usdoj.gov

CERTIFICATION OF SERVICE

I hereby certify that on this 28th day of April, 2008, I served by first class mail, postage prepaid, a copy of the within Petition For Writ Of Habeas Corpus Ad Testificandum and Writ Of Habeas Corpus Ad Testificandum to the following:

William Dimitri, Esq.
462 Broadway
Providence, RI 02909

David Fein, Esq.
400 Atlantic Street
Stamford, CT 06911

Thomas Kiley, Esq.
One International Place
Suite 1820
Boston, MA 02110

Paulette E. Gamache