**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | May 8, 2008 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE EVIDENCE OF NON-COMPLIANCE WITH CVS CONSULTING POLICY IN CONNECTION WITH HIRING OF CELONA**

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Memorandum of Law in support of their motion to exclude evidence of non-compliance with the CVS consulting policy in the hiring of John Celona.

The government may attempt to offer evidence that when CVS hired John Celona as a consultant, Kramer and Ortiz did not follow CVS's written policy regarding the hiring of consultants. The defendants respectfully request that the government be precluded from offering such evidence since it is not probative of any crime.

Evidence that Kramer and Ortiz did not follow CVS's internal policy concerning the consulting contracts with Celona should be precluded because such evidence is not relevant. See Fed. R. Evid. 401, 402. This evidence is not relevant solely because it relates to an allegation included in the Indictment. (See ¶ 40); Lamberty, 778 F.2d at 61–62. Unless the government is able to establish that it was Kramer and Ortiz's customary practice to follow the consulting policy when hiring consultants -- which it cannot -- then evidence that Celona's hiring did not follow the policy is simply not relevant. See United States v. Lachman, 48 F.3d 586, 591 (1st Cir. 1995) (noting that "in order to have probative value, evidence must . . . tend to make an issue in the case ('a fact of consequence') more or less likely than would be so without the evidence").

Furthermore, even if the evidence were relevant in any way -- which it is not -- its probative value would be substantially outweighed by the risk of confusion of the issues, undue delay, and waste of time. Allowing the government to introduce evidence that Celona's hiring did not conform to CVS's written policy would force the defendants to offer evidence to explain and counter the government's evidence, resulting in a needless trial-within-a-trial on collateral

issues such as whether the CVS consulting policy was even applicable to the hiring of Celona, and whether Kramer's approval of the hiring was sufficient to satisfy the written policy. Such peripheral issues are entirely beside the point, and will simply confuse the jury and waste the Court's time on the determination of an issue that is itself wholly irrelevant.

## CONCLUSION

For all of the reasons stated above, the Court should issue an Order precluding the government from offering evidence of non-compliance with the CVS consulting policy in connection with the hiring of John Celona.

Date: May 8, 2008

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase______________
Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith
Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com

**CERTIFICATE OF SERVICE**

I, **David B. Fein**, certify that on the 8th day of May, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov

- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov

- **Peter Sprung**
  peter.sprung@usdoj.gov

- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov