**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------x
UNITED STATES OF AMERICA :
: CR 07-09-01 (MML)
v. :
: May 8, 2008
JOHN R. KRAMER and :
CARLOS ORTIZ :
---------------------------------------------------x

**DEFENDANT JOHN R. KRAMER'S MOTION IN LIMINE TO EXCLUDE, AS AGAINST DEFENDANT KRAMER, EVIDENCE OF DEFENDANT ORTIZ'S CONVERSATIONS REGARDING THE CONSULTING RELATIONSHIP**

Defendant John R. Kramer respectfully submits this Motion in Limine to Exclude, As Against Defendant Kramer, Evidence of Defendant Ortiz's Conversations Regarding the Consulting Relationship. As more fully explained in the accompanying Memorandum of Law, Ortiz's conversations are inadmissible in this trial against defendant Kramer, because they are inadmissible hearsay as to him.

WHEREFORE, defendants John R. Kramer and Carlos Ortiz respectfully request that this Court issue an Order excluding, as against defendant Kramer, evidence of defendant Ortiz's conversations regarding the consulting relationship.

**STATEMENT PURSUANT TO LOCAL RULE 12(F)**

The filing and disposition of this motion constitutes excludable time as defined by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the

disposition of this motion. No motions dealing with the same subject matter have been filed in the past.

Dated: May 8, 2008

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase______________
Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

## CERTIFICATE OF SERVICE

I, **David B. Fein**, certify that on the 8th day of May, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov

- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov

- **Gerard B. Sullivan**
  gerard.sullivan@usdoj.gov

- **Peter Sprung**
  peter.sprung@usdoj.gov

- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov