# EXHIBIT B

CONSENT AND WAIVER

I, John A. Celona, knowingly and voluntarily consent to the Federal Bureau of Investigation retrieving, examining, copying and using any and all documents, computerized records and other materials that were seized by the Rhode Island State Police from the premises located at 51 Pinewood Drive, North Providence, Rhode Island, on March 8, 2004 ("the search of my home").

I give this consent understanding that the information contained in the items seized in the search of my home might constitute direct evidence of crimes for which I might be charged or might be used to discover or develop other evidence ("derivative use") of crimes for which I might be charged. I give this consent without regard for the lawfulness of the seizure of the items or the search of my home.

For the specific purpose of any and all subsequent proceedings in the United States District Court for the District of Rhode Island and any other federal court or federal legal forum having jurisdiction:

1. I waive any claim that the search of my home and computer on March 8, 2004, and the seizure of documents, records, and other material in any form was in violation of my rights under the Fourth Amendment to the Constitution of the United States;

2. I waive any claim that evidence, information, and other material in any form derived from the search of my home and computer on March 8, 2004, and the review by the Federal Bureau of Investigation of such documents, records, and other material in any form is in any way tainted as a result of any legal defects with the search and seizure of March 8, 2004;

3. I give this consent and make these waivers knowingly and voluntarily of my own free will and choice. I understand that by doing so I give up any right I may have in any and all subsequent federal court proceedings to request suppression of any of the documents, records, and material in any form taken in

the search of my home and computer on March 8, 2004, as well as any other evidence, information, an any material in any form derived from the search and seizure of March 8, 2004.

JOHN A. CELONA — DATE: 9-15-04

WILLIAM DIMITRI, ESQ — DATE: 9-15-04

WITNESS — DATE: 9/15/04

WITNESS — DATE: 9/15/04