**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------x

UNITED STATES OF AMERICA :
: CR 07-09-01 (MML)
v. :
: May 18, 2008
JOHN R. KRAMER and :
CARLOS ORTIZ :

---------------------------------------------------x

**DEFENDANTS' MOTION TO PRECLUDE TESTIMONY**
**REGARDING WILLIAM V. IRONS**

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Motion to Preclude Testimony Regarding William V. Irons. The government intends to call former Rhode Island State Senator John A. Celona as a witness against the defendants at trial, and the defendants anticipate that the government may attempt to elicit testimony from Celona as to his subjective, unsubstantiated belief that a financial relationship existed between CVS and former State Senator William V. Irons. As explained more fully in the accompanying Memorandum, such testimony is inadmissible and should therefore be precluded.

WHEREFORE, the defendants respectfully request that the Court preclude the government from eliciting testimony from John Celona as to Celona's beliefs as to any financial relationship between CVS and former Rhode Island State Senator William V. Irons.

Counsel for defendants hereby request oral argument in connection with this motion, and estimate that fifteen minutes will be required for oral argument.

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase
Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith
Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com

**CERTIFICATE OF SERVICE**

I, **David B. Fein**, certify that on the 18th day of May, 2008, a copy of the foregoing document and the accompanying Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by email to the following party by operation of the Court's electronic filing system:

- **Stephen G. Dambruch**
  stephen.dambruch@usdoj.gov
- **Daniel A. Petalas**
  Dan.Petalas@usdoj.gov
- **Peter Sprung**
  peter.sprung@usdoj.gov
- **AnnaLou Tirol**
  annalou.tirol2@usdoj.gov