AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME U.S. Attorney's Office (AUSA S. Dambruch) | 2. PHONE NUMBER 401-709-5000 | 3. DATE 05/19/2008 | |
| 4. MAILING ADDRESS 50 Kennedy Plaza - 8th Floor | 5. CITY Providence | 6. STATE RI | 7. ZIP CODE 02903 |
| 8. CASE NUMBER CR07-09ML | 9. JUDGE Lisi | DATES OF PROCEEDINGS: 10. FROM 05/12/2008 | 11. TO End of Trial |
| 12. CASE NAME U.S. v. Kramer & Ortiz | | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | All Witnesses | All dates starting |
| [ ] OPENING STATEMENT (Defendant) | | | 5-12-08 - End |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE [signature]

PROCESSED BY

19. DATE 05/19/2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
Karen Wischnowsky

COURT ADDRESS
One Exchange Terrace
Providence, RI 02903

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY