**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07-09-01 (MML) |
| v. | : | |
| | : | May 21, 2008 |
| JOHN R. KRAMER and | : | |
| CARLOS ORTIZ | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE CERTAIN TESTIMONY OF GOVERNMENT WITNESS JOHN CELONA**

Defendants John R. Kramer and Carlos Ortiz respectfully submit this Memorandum in support of their Motion to Strike Certain Testimony of Government Witness John Celona.

On May 20, 2008, a conference took place before the Court prior to that day's trial proceedings, to discuss, among other things, certain testimony that the government's witness John Celona had offered during the previous day's proceedings, regarding his motivation for taking particular official actions. In the course of that conference, the Court noted that "why he's motivated is irrelevant unless that motivation is somehow created or caused by either an act or omission of the Defendants. Otherwise it's irrelevant." (Transcript of Proceedings, dated May 20, 2008 ("May 20 Transcript"), at 15:22–25.) The Court further explained:

> What he thought is relevant only insofar as it's a response to some act or omission of the Defendants. So I think you need to lay the foundation for that. If, you know, they give him the wink, they give them the high sign, whatever, and in response he does something, that's relevant. What's going on inside of his head is not.

(May 20 Tr. at 16:23–17:5.)

Defense counsel advised the Court and the government that the defendants would move to strike any such testimony that Celona had offered during proceedings on the prior day, May 19, 2008. The Court asked defense counsel to identify specific passages they proposed to strike.[1]

Pursuant to the Court's instruction, the defendants respectfully request that the Court strike from the record the testimony of John Celona as found in the transcript of trial proceedings, dated May 19, 2008, at: (1) lines 124:15-125:5, (2) lines 137:21-138:12, (3) 155:19-25, (4) 156:21-23, and (5) 157:1-2.

[1] The defendants initially submitted the passages they proposed to strike by letter dated May 20, 2008. Following receipt of that letter, the Court instructed counsel for the defendants to resubmit the passages they propose to strike in a motion.

Those portions of Celona's testimony read as follows:

**(1) 124:15–125:5**

page 124

Q. Why didn't you get one?
A. Because I didn't want to.
Q. Why not?
A. I didn't want --
MR. SMITH: Objection.
THE COURT: Overruled.
A. I didn't want to publicize my change in position so quickly from being an adamant anti-CVS person to being a proponent practically overnight.
Q. And why didn't you want to publicize that?
A. Because I felt that it would hurt my credibility

page 125

politically and then also I would be getting paid for a position and the public would feel that, because I was getting paid X amount of dollars, all of a sudden my feelings which were so strong and so adamant had been just changed.

**(2) 137:21-138:12**

page 137

Q. Why did you take a walk?
A. Because I was on CVS's payroll.
Q. And why was it that the fact you were on CVS's payroll caused you to take a walk?
A. I didn't want to publicly change my position

page 138

because I was so adamant against it. I wanted some cover, so to speak.
Q. Why didn't you want to publicly change your position on any willing provider?
A. Because deep down I knew that it was the right position to take, but I was getting paid by CVS.
Q. And you knew what was the right position to take?
A. To support the bill.
Q. And did you support it?
A. No.
Q. Why not?
A. Because I was getting paid by them.

**(3) 155:19-25**
page 155
19 Q. And why was it that you suggested that?
20 A. I was working for them. I wanted to try to
21 justify it in some regard.
22 Q. Why did you want to justify it?
23 A. Because I wasn't doing anything else.
24 Q. Why did you need to justify it?
25 A. I just felt in some regard that I should.

**(4) 156:21-23**
page 156
21 Q. And why was it that you proposed to do these TV
22 shows in 2001?
23 A. Because I was on CVS's payroll.

**(5) 157:1-2**
page 157
1 Q. Then why were you doing them?
2 A. I just wanted to try to do something.

## CONCLUSION

For all the foregoing reasons, the defendants respectfully request that the Court strike from the record the aforementioned portions of testimony delivered by government witness John Celona at trial on May 19, 2008.

Respectfully submitted,

JOHN R. KRAMER,
By his Attorneys,

/s/ Peter DiBiase
Peter DiBiase
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903-3819
(401) 831-5020
attorney_pad@yahoo.com

David B. Fein
Scott D. Corrigan
*Pro Hac Vice Counsel*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
(203) 363-7600
(203) 363-7676 (fax)
dfein@wiggin.com
scorrigan@wiggin.com

CARLOS ORTIZ,

By his Attorneys,

/s/ Mark L. Smith
Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 769-4120
Lawmls@aol.com

Thomas R. Kiley
*Pro Hac Vice Counsel*
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, Massachusetts 02110
(617) 439-7775
trkiley159@aol.com