# EXHIBIT A

M/T: FILE
M/F: GBS
RE: TAX RETURNS

Prior to sentencing Celona was required to file or amend his tax returns to account for any undisclosed income and to pay any taxes due and owing. Prior to sentencing he provided copies of returns for 2003, 2004, 2005 and proof of payment.

Upon later review, I realized that tax years 2001/2002 might also be implicated. I contacted Atty William Dimitri re: 2001/2002 returns. He informed me that Celona filed returns in those years and that his accountant incorporated any unreported income into the '03 return.

# EXHIBIT B

**ROBERT BUCO CPA & ASSOCIATES**
**1824 MINERAL SPRING AVENUE**
**N. PROVIDENCE, RI 02904**
**(401) 353-7700**
**rbuco@bucocpa.com**

COPY 2003

November 2, 2006

JOHN A & KARLEEN A CELONA
51 PINEWOOD DR
NO.PROVIDENCE, RI 02904

Dear JOHN and KARLEEN,

Please find enclosed the original and duplicate copies of your tax return(s) for the tax year ended December 31, 2003. Instructions for filing your returns are attached for your convenience. You and your spouse must sign and date each return. Retain the duplicate copies for your records.

| | |
|---|---|
| Form 1040 | Federal Individual Income Tax Return |
| Form RI-1040 | RI Individual Income Tax Return |

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

To ensure proof of delivery, we recommend that you mail the returns using certified mail with postmarked receipts.

If you have any questions about your tax returns, please contact us. We appreciate this opportunity to serve you.

Sincerely,

ROBERT BUCO CPA

Tax Summary and Instructions for Filing
2003 Federal Individual Income Tax Return

Summary of Federal Information:

| | | |
|---|---|---|
| Federal adjusted gross income | $ | 100,781.00 |
| Federal taxable income | $ | 60,136.00 |
| Payment due IRS | $ | 16,731.00 |

The due date of the Federal Form 1040 is October 15, 2004.

Include Form 1040-V and a check or money order in the amount of $16,731.00, payable to the "United States Treasury". Write your social security number and "2003 Form 1040" on the check. Do not staple or otherwise attach your payment or Form 1040-V to your return.

Mail your return and payment to:

Internal Revenue Service Center
P.O. Box 105093
Atlanta, GA 30348-5093

Tax Summary and Instructions for Filing
2003 Rhode Island Individual Income Tax Return

Summary of Form RI-1040 Information:

| | | |
|---|---|---|
| State taxable income ............................................................. | $ | 60,136.00 |
| Payment due State ............................................................. | $ | 345.00 |

The due date of Form RI-1040 is October 15, 2004.

Include a check or money order in the amount of $345.00, payable to the "Rhode Island Division of Taxation." Write your social security number on the check.

Mail Rhode Island return to:

STATE OF RHODE ISLAND
Division of Taxation
One Capitol Hill
Providence, RI 02908-5806

KARLEEN A. CELONA 01-07
51 PINEWOOD DR.
NORTH PROVIDENCE, RI 02904-3426

112

Date 1-25-07

57-1/115 RI
42000

Pay to the Order of United States Treasury $ 16,731.00

Sixteen thousand seven hundred thirty one and 00/100 Dollars

Bank of America

ACH R/T 011500010

SS# [redacted]
SS# [redacted]

For John + Karleen Celona 2003

Karleen A. Celona

⑆011500010⑆ 394000325611⑈0112

**KARLEEN A. CELONA** 09/06
51 PINEWOOD DR.
NORTH PROVIDENCE, RI 02904

121

67-12/116
116

Date 1-25-07

Pay to the order of Rhode Island Division of Taxation $ 345.00

Three hundred forty five and 00/100 Dollars

**Citizens Bank**
Rhode Island SS# SS# [redacted]

Citizens Circle Account

For John + Karleen Celona 2003

Karleen Celona

⑆011500120⑆ 1933 570 9⑈ 0121

**Copy C For EMPLOYEE'S RECORDS**
**(See Notice)**

OMB No. 1545-0008

| | | |
|---|---|---|
| a Control number | 1 Wages, tips, other comp. $ 10745.69 | 2 Federal income tax withheld $ 2058.20 |
| b Employer's ID no. | 3 Social security wages $ 11785.69 | 4 Social security tax withheld $ 730.64 |
| | 5 Medicare wages and tips $ 11785.69 | 6 Medicare tax withheld $ 170.88 |

c Employer's name, address, and ZIP code

**STATE OF RHODE ISLAND**
**OFFICE OF ACCOUNTS AND CONTROL**
**ONE CAPITOL HILL**
**PROVIDENCE, RI 02908-5883**
**TELEPHONE: (401)222-2673**

| | | |
|---|---|---|
| 7 Social security tips $ | 8 Allocated tips $ | 9 Advance EIC payment $ |
| 10 Dependent care benefits $ | 11 Nonqualified plans $ | 12a See instructions for Box 12 Code G $ 1040.00 |
| 13 Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
| | | 12b Code $ |
| 14 Other FLEX PLAN 125.61 | | 12c Code $ |
| | | 12d Code $ |

d Employee's social security number

e Employee's first name and initial Last name

JOHN CELONA 2610-10000-01
51 PINEWOOD DRIVE
NORTH PROVIDENCE RI 02904

f Employee's address and ZIP code

| 15 State | Empl.'s state ID # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| RI | | $ 10745.69 | $ 303.41 |
| 18 Local wages, tips, etc. $ | | 19 Local income tax $ | 20 Locality name $ |

Form **W-2** Wage and Tax Statement **2003**

Dept. of the Treasury - IRS 05-6000522

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Form **1040** Department of the Treasury — Internal Revenue Service
# U.S. Individual Income Tax Return 2003
(99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2003, or other tax year beginning , 2003, ending , 20 | OMB No. 1545-0074

| | | | | |
|---|---|---|---|---|
| **Label** (See instructions.) | Your first name: JOHN | MI: A | Last name: CELONA | Your social security number |
| **Use the IRS label.** Otherwise, please print or type. | If a joint return, spouse's first name: KARLEEN | MI: A | Last name: CELONA | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see instructions.: 51 PINEWOOD DR | | Apartment no. | ▲ **Important!** ▲ You **must** enter your social security number(s) above. |
| | City, town or post office. If you have a foreign address, see instructions.: NO.PROVIDENCE | State: RI | ZIP code: 02904 | |

**Presidential Election Campaign** (See instructions.) ▶ **Note:** Checking 'Yes' will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ **You** ☐ **Yes** ☒ **No** **Spouse** ☐ **Yes** ☒ **No**

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child. (See instructions.)

COPY

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 2
b ☒ **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| JOHN A CELONA JR | | Son | ☒ |
| CHRISTOPHER J CELONA | - - | Son | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than five dependents, see instructions.

No. of children on 6c who: • lived with you: 2; • did not live with you due to divorce or separation (see instrs): ; Dependents on 6c not entered above: ; Add numbers on lines above ▶ 4

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 10,746. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 11. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualfd divs (see instrs) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 108. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 95,863. |
| 13a | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a; b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities — 16a; b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 106,728. |

**Adjusted Gross Income**

| Line | Description | Box | Amount | | Total |
|---|---|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | | | |
| 24 | IRA deduction (see instructions) | 24 | | | |
| 25 | Student loan interest deduction (see instructions) | 25 | | | |
| 26 | Tuition and fees deduction (see instructions) | 26 | | | |
| 27 | Moving expenses. Attach Form 3903 | 27 | | | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | 5,947. | | |
| 29 | Self-employed health insurance deduction (see instrs) | 29 | | | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | | | |
| 31 | Penalty on early withdrawal of savings | 31 | | | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | | | |
| 33 | Add lines 23 through 32a | | | 33 | 5,947. |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | | | 34 | 100,781. |

Form 1040 (2003) JOHN A & KARLEEN A CELONA Page 2

## Tax and Credits

**Standard Deduction for –**

- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | | | 35 | 100,781. |
| 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ► 36a ☐ | | | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► 36b ☐ | | | | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 37 | 28,445. |
| 38 | Subtract line 37 from line 35 | | | 38 | 72,336. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions | | | 39 | 12,200. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | | | 40 | 60,136. |
| 41 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | | | 41 | 8,651. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 | | | 42 | 0. |
| 43 | Add lines 41 and 42 ► | | | 43 | 8,651. |
| 44 | Foreign tax credit. Attach Form 1116 if required | 44 | | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | | | |
| 47 | Education credits. Attach Form 8863 | 47 | | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | | | |
| 49 | Child tax credit (see instructions) | 49 | 2,000. | | |
| 50 | Adoption credit. Attach Form 8839 | 50 | | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | | | |
| 53 | Add lines 44 through 52. These are your total credits | | | 53 | 2,000. |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ► | | | 54 | 6,651. |

## Other Taxes

| Line | Description | Line | Amount |
|---|---|---|---|
| 55 | Self-employment tax. Attach Schedule SE | 55 | 11,894. |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| 59 | Household employment taxes. Attach Schedule H | 59 | |
| 60 | Add lines 54-59. This is your total tax ► | 60 | 18,545. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 2,058. | | |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | | | |
| 63 | Earned income credit (EIC) No | 63 | | | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 64 | | | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | | | |
| 66 | Amount paid with request for extension to file (see instructions) | 66 | | | |
| 67 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | | | |
| 68 | Add lines 61 through 67. These are your total payments ► | | | 68 | 2,058. |

## Refund

Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | | | 69 | |
| 70a | Amount of line 69 you want refunded to you ► | | | 70a | |
| b | ► Routing number ________ ► c Type: ☐ Checking ☐ Savings | | | | |
| d | ► Account number ________ | | | | |
| 71 | Amount of line 69 you want applied to your 2004 estimated tax ► | 71 | | | |

## Amount You Owe

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ► | | | 72 | 16,731. |
| 73 | Estimated tax penalty (see instructions) | 73 | 244. | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No

Designee's name ► Preparer Phone no. ► Personal identification number (PIN) ►

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | CONSULTANT | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| ► | | SALES CLERK | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ► | [signature] | Date 11/01/2006 | Check if self-employed ☒ Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ► | ROBERT BUCO CPA & ASSOCIATES | | |
| | 1824 MINERAL SPRING AVENUE | | EIN |
| | N. PROVIDENCE RI 02904 | | Phone no. (401) 353-7700 |

Form 1040 (2003)

FDIA0112 01/16/04

**SCHEDULE A (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2003**

07

Name(s) shown on Form 1040: JOHN A & KARLEEN A CELONA

Your social security number:

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 35 ..... 2 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 399. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 4,174. | | |
| | 7 | Personal property taxes | 7 | 962. | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 5,535. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 17,699. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 11. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 17,710. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 1,200. | | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 4,000. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 5,200. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See instructions.) | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 35 ..... 24 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 35, over $139,500 (over $69,750 if MFS)? | | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37. | | | ► 28 | 28,445. |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | | |

**SCHEDULE C** (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▸ Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.
▸ Attach to Form 1040 or 1041. ▸ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2003**
09

Name of proprietor: JOHN A CELONA
Social security number (SSN):

A Principal business or profession, including product or service (see instructions): CONSULTANT
B Enter code from instructions ▸ 561490
C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any
E Business address (including suite or room no.) ▸ 51 PINEWOOD DR
City, town or post office, state, and ZIP code: NO.PROVIDENCE, RI 02904
F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▸
G Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses. [X] Yes [ ] No
H If you started or acquired this business during 2003, check here ▸ [ ]

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▸ [ ] | 1 | 107,305. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 107,305. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 107,305. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▸ | 7 | 107,305. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | 2,160. | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0. | 22 | Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | a | Travel | 24a | |
| a | Mortgage (paid to banks, etc) | 16a | | b | Meals and entertainment | | |
| b | Other | 16b | | c | Enter nondeductible amount included on line 24b (see instrs) | | |
| 17 | Legal & professional services | 17 | | d | Subtract line 24c from line 24b | 24d | |
| 18 | Office expense | 18 | 528. | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | 3,515. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▸ | 28 | 6,203. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 101,102. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 5,239. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | 95,863. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

Schedule C (Form 1040) 2003 JOHN A CELONA Page 2

## Part III Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

## Part IV Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ► 02/01/2000

44 Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
a Business 6,000 b Commuting 0 c Other 6,000

45 Do you (or your spouse) have another vehicle available for personal use? ☒ Yes ☐ No

46 Was your vehicle available for personal use during off-duty hours? ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ☒ Yes ☐ No

b If 'Yes,' is the evidence written? ☒ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| TELEPHONE | | 1,957. |
| POSTAGE | | 1,558. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 **Total other expenses.** Enter here and on page 1, line 27 | 48 | 3,515. |

Schedule C (Form 1040) 2003

FDIZ0112 10/14/03

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| JOHN A CELONA | |

## Section B – Long Schedule SE

### Part I Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income,** skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ► ☐

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note.** Skip this line if you use the farm optional method (see instructions) | | | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | | | 2 | 95,863. |
| 3 | Combine lines 1 and 2 | | | 3 | 95,863. |
| 4 a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | | | 4a | 88,529. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ► | | | 4c | 88,529. |
| 5 a | Enter your **church employee income** from Form W-2. See the instructions for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | | | 5b | 0. |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | | | 6 | 88,529. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2003 | | | 7 | 87,000. |
| 8 a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,000 or more, skip lines 8b through 10, and go to line 11 | 8a | 11,786. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) | 8b | | | |
| c | Add lines 8a and 8b | | | 8c | 11,786. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ► | | | 9 | 75,214. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | | | 10 | 9,327. |
| 11 | Multiply line 6 by 2.9% (.029) | | | 11 | 2,567. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 55** | | | 12 | 11,894. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 28** | 13 | 5,947. | | |

### Part II Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if:

- Your gross farm income(1) was not more than $2,400 **or**
- Your net farm profits(2) were less than $1,733.

| Line | Description | Line | Amount |
|---|---|---|---|
| 14 | Maximum income for optional methods | 14 | 1,600. |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income(1) (not less than zero) **or** $1,600. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if:

- Your net nonfarm profits(3) were less than $1,733 and also less than 72.189% of your gross nonfarm income(4) **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| Line | Description | Line | Amount |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), line 15b.

(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.

(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a; and Schedule K-1 (Form 1065-B), box 9.

(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), line 15c; and Schedule K-1 (Form 1065-B), box 9.

Form 8283
(Rev October 1998)
Department of the Treasury
Internal Revenue Service

# Noncash Charitable Contributions

► Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
► See separate instructions.

OMB No. 1545-0908

55

Name(s) shown on your income tax return: JOHN A & KARLEEN A CELONA

Identifying number:

**Note:** *Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A —** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

## Part I Information on Donated Property — If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | ST ANTHONY CHURCH<br>N PROVIDENCE, RI | TOYS, HOUSEHOLD GOODS, CLOTHING |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** *If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| | (c) Date of the contribution | (d) Date acquired by donor (mo, yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 12/01/2003 | Various | PURCHASE | | 4,000. | THRIFT SHOP VALUE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

## Part II Other Information — Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a Enter the letter from Part I that identifies the property ► ________. If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ► ________

(2) For any prior tax years ► ________

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town State ZIP code

d For tangible property, enter the place where the property is located or kept ► ________

e Name of any person, other than donee organization, having actual possession of the property ► ________

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions):

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

Form **8829** | Department of the Treasury Internal Revenue Service (99)

# Expenses for Business Use of Your Home

► File only with Schedule C (Form 1040).
Use a separate Form 8829 for each home you used for business during the year.
► See separate instructions.

OMB No. 1545-1266 | **2003** | 66

Name(s) of proprietor(s): JOHN A CELONA | Your social security number: -

## Part I Part of Your Home Used for Business — CONSULTANT

| | | | | |
|---|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples (see instructions) | | 1 | 342 |
| 2 | Total area of home | | 2 | 2,400 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | | 3 | 14.25 % |
| | • **For day-care facilities not used exclusively for business, also complete lines 4 - 6.** | | | |
| | • **All others, skip lines 4 - 6 and enter the amount from line 3 on line 7.** | | | |
| 4 | Multiply days used for day care during year by hours used per day | 4 — hr | | |
| 5 | Total hours available for use during the year (365 days x 24 hours) (see instructions) | 5 — 8,760 hr | | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | 6 | | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ► | | 7 | 14.25 % |

## Part II Figure Your Allowable Deduction

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | | | 8 | 101,102. |
| | See instrs for columns (a) and (b) before completing lines 9-20. | | | | |
| 9 | Casualty losses (see instructions) | 9 | | | |
| 10 | Deductible mortgage interest (see instructions) | 10 | 20,640. | | |
| 11 | Real estate taxes (see instructions) | 11 | 4,868. | | |
| 12 | Add lines 9, 10, and 11 | 12 | 25,508. | | |
| 13 | Multiply line 12, column (b) by line 7 | | 13 — 3,635. | | |
| 14 | Add line 12, column (a) and line 13 | | | 14 | 3,635. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 15 | 97,467. |
| 16 | Excess mortgage interest (see instructions) | 16 | | | |
| 17 | Insurance | 17 | 1,195. | | |
| 18 | Repairs and maintenance | 18 | 1,725. | | |
| 19 | Utilities | 19 | 3,848. | | |
| 20 | Other expenses (see instrs) | 20 | | | |
| 21 | Add lines 16 through 20 | 21 | 6,768. | | |
| 22 | Multiply line 21, column (b) by line 7 | | 22 — 964. | | |
| 23 | Carryover of operating expenses from 2002 Form 8829, line 41 | | 23 | | |
| 24 | Add line 21 in column (a), line 22, and line 23 | | | 24 | 964. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24 | | | 25 | 964. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 | | | 26 | 96,503. |
| 27 | Excess casualty losses (see instructions) | | 27 | | |
| 28 | Depreciation of your home from Part III below | | 28 — 640. | | |
| 29 | Carryover of excess casualty losses and depreciation from 2002 Form 8829, line 42 | | 29 | | |
| 30 | Add lines 27 through 29 | | | 30 | 640. |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30 | | | 31 | 640. |
| 32 | Add lines 14, 25, and 31 | | | 32 | 5,239. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to Form 4684, Section B | | | 33 | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ► | | | 34 | 5,239. |

## Part III Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value (see instructions) | 35 | 175,200. |
| 36 | Value of land included on line 35 | 36 | |
| 37 | Basis of building. Subtract line 36 from line 35 | 37 | 175,200. |
| 38 | Business basis of building. Multiply line 37 by line 7 | 38 | 24,966. |
| 39 | Depreciation percentage (see instructions) | 39 | 2.5641 % |
| 40 | Depreciation allowable (see instructions). Multiply line 38 by line 39. Enter here and on line 28 above | 40 | 640. |

## Part IV Carryover of Unallowed Expenses to 2004

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- | 41 | 0. |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- | 42 | 0. |

Form **4952**

Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

► Attach to your tax return.

OMB No. 1545-0191

**2003**

**12B**

Name(s) shown on return: JOHN A & KARLEEN A CELONA

Identifying number:

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2003 (see instructions) | 1 | 2,537. |
| 2 | Disallowed investment interest expense from 2002 Form 4952, line 7 | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 2,537. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 11. | | |
| b | Qualified dividends included on line 4a | 4b | | | |
| c | Subtract line 4b from line 4a | | | 4c | 11. |
| d | Net gain from the disposition of property held for investment | 4d | | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | | |
| f | Subtract line 4e from line 4d | | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 11. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 11. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2004. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 2,526. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 11. |

BAA For Paperwork Reduction Act Notice, see separate instructions.



FDIZ1201 11/20/03

**Supporting Statement of:**

Schedule C (CONSULTANT)/Other receipts

| Description | Amount |
|---|---|
| VILLAGE AT ELMHURST | 47,000.00 |
| CRI COMMUNICATIONS | 8,405.00 |
| NEW ENGLAND AMBULANCE | 14,400.00 |
| CVS PHARMACY | 9,000.00 |
| DISCOVERY GROUP | 10,500.00 |
| INTERCITY MAINTENANCE | 3,600.00 |
| CERTIFIED RESTORATION | 14,400.00 |
| Total | 107,305.00 |

Form **1040-V** Department of the Treasury Internal Revenue Service (99)

# Payment Voucher

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2003**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | 16,731. |
|---|---|---|---|

4 Your first name, initial, and last name

JOHN A CELONA

If a joint return, spouse's first name, initial, and last name

KARLEEN A CELONA

Home address (number and street) Apt no.

51 PINEWOOD DR

City, town or post office State ZIP code

NO.PROVIDENCE RI 02904

BAA

FDIA8601 08/28/03

▲ Detach Here and Mail With Your Payment and Return ▲

Mail Form 1040-V (federal tax payment voucher) to the address listed below.

Internal Revenue Service Center
P.O. Box 105093
Atlanta, GA 30348-5093

DETACH HERE AND MAIL WITH YOUR PAYMENT

STATE OF RHODE ISLAND
DIVISION OF TAXATION • ONE CAPITOL HILL, PROVIDENCE, RI 02908-5806

**Form RI-1040V 2003**

ITV0620030363606690O

DO NOT STAPLE OR ATTACH THIS VOUCHER TO YOUR PAYMENT

CELONA, JOHN A
CELONA, KARLEEN A
51 PINEWOOD DR

NO.PROVIDENCE RI 02904

1 ENTER THE FIRST FOUR LETTERS OF YOUR LAST NAME ................ CELO

**1040-V**

YOUR SOCIAL SECURITY NUMBER

SPOUSE'S NUMBER, IF JOINT PAYMENT

2 ENTER AMOUNT DUE AND PAID .......... $ 345. 00

RIIA1101 12/19/03

# RI-1040 RHODE ISLAND RESIDENT INDIVIDUAL INCOME TAX RETURN 2003

JOHN A CELONA
KARLEEN A CELONA
51 PINEWOOD DR
NO.PROVIDENCE RI 02904
NO.PROVIDENCE

**Electoral Contribution** — $5.00 ($10.00 if a joint return) See instructions. (This will not increase your tax or reduce your refund.) Check ✓ one. ☐ Yes ☐ No. If you wish the 1st $2.00 ($4.00 if a joint return) to be paid to a specific party, check the 1st box and fill in the name of the political party. If you wish it to be paid to a nonpartisan general account, check the 2nd box. ☐ ______ ☐ Nonpartisan general account

**FILING STATUS** — Check only one box ✓ 1 ☐ Single 2 ☒ Married filing jointly 3 ☐ Married filing separately 4 ☐ Head of household 5 ☐ Qualifying widow(er)

Standard deductions (left margin): Single $4,750; Married filing jointly or Qualifying widow(er) $7,950; Married filing separately $3,975; Head of household $7,000. However, people over 65, blind or can be claimed as a dependent, see the RI Deduction Schedules on page 7, check ✓ this box and attach the schedule ☐

Attach Forms W-2 and 1099 here.

| Section | Line | Description | Box | Amount |
|---|---|---|---|---|
| INCOME, TAX AND CREDITS | 1 | Federal AGI (Adjusted Gross Income) – Federal Form 1040, line 34; 1040A, line 21; 1040EZ, line 4 or Telefile, line I | 1 | 100,781. |
| | 2 | Net modifications to Federal AGI (if no modifications, enter zero on this line) – Page 2, Schedule I, line 25 | 2 | 0. |
| | 3 | Modified Federal AGI – combine lines 1 and 2 (add net increases or subtract net decreases) | 3 | 100,781. |
| | 4 | Deductions – Rhode Island standard deduction (left margin) or amount from Federal Schedule A, line 28, whichever is greater. **If you itemize and line 3 is over $139,500 ($69,750 if married filing separate) see itemized deduction schedule on page 7** | 4 | 28,445. |
| | 5 | Subtract line 4 from line 3 | 5 | 72,336. |
| | 6 | Exemptions – Enter federal exemptions in 6a then multiply by $3,050 and enter result in 6b. If line 3 is over $104,625, see worksheet on page 1-4 for exemption amount — 6a 4 x $3,050 = | 6b | 12,200. |
| | 7 | **RHODE ISLAND TAXABLE INCOME** – subtract line 6b from line 5 | 7 | 60,136. |
| | 8a | RI income tax — Check only one box ✓ ☒ RI Tax Table or Rate Schedules ☐ RI Schedule CGW ☐ RI Schedule D ☐ RI Schedule J ☐ RI-8615 | 8a | 2,667. |
| | b | Other Rhode Island taxes from page 3, RI Schedule OT, line 15 | 8b | |
| | 9 | Rhode Island alternative minimum tax from page 6, Form RI-6251, line 14 | 9 | 0. |
| | 10 | Total Rhode Island income tax – add lines 8a, 8b and 9 | 10 | 2,667. |
| | 11a | Rhode Island percentage of allowable Federal credits from page 2, schedule II, line 34 | 11a | |
| | b | Other Rhode Island credits – indicate credit form number(s) ______ attach forms | 11b | |
| | c | Rhode Island credit for income taxes paid to other states from from page 2, schedule III, line 41 | 11c | |
| | 12 | Total Rhode Island credits – add lines 11a, 11b, and 11c | 12 | |
| | 13 | Rhode Island income tax after credits – subtract line 12 from line 10 (not less than zero) | 13 | 2,667. |
| | 14 | Rhode Island use/sales tax from page 3, Schedule T-205P, line 24 (see instructions) | 14 | |
| | 15 | Total Rhode Island tax – add lines 13 and 14 | 15 | 2,667. |
| | 16 | Rhode Island checkoff contributions from page 2, schedule IV, line 42g **(contributions reduce your refund or increase your balance due)** | 16 | 0. |
| | 17 | **TOTAL RHODE ISLAND TAX AND CHECKOFF CONTRIBUTIONS** – add lines 15 and 16 | 17 | 2,667. |
| PAYMENTS AND PROPERTY TAX RELIEF CREDIT | 18a | Rhode Island 2003 income tax withheld (please attach forms W-2, 1099, etc) | 18a | 303. |
| | b | 2003 estimated tax payments and amount applied from 2002 return | 18b | 96. |
| | c | Property tax relief credit from RI-1040H, line 15 or 22 (attach Form RI-1040H) | 18c | |
| | d | Rhode Island earned income credit from page 3, RI Schedule EIC, line 9 | 18d | |
| | e | Other payments | 18e | 1,964. |
| | f | **TOTAL PAYMENTS AND CREDITS** – add lines 18a, 18b, 18c, 18d and 18e | 18f | 2,363. |
| AMOUNT DUE | 19 | If line 17 is LARGER than line 18f, Subtract line 18f from line 17. YOU OWE THIS AMOUNT. Complete RI-1040V. Check ✓ ☒ if RI-2210 or RI-2210A is attached – enter interest due $ 41. or enter zero ☺ | 19 | 345. |
| REFUND | 20 | If line 18f is LARGER than line 17, subtract line 17 from 18f. THIS IS THE AMOUNT YOU OVERPAID ☺ | 20 | |
| | 21 | Amount of overpayment to be refunded | 21 | |
| | 22 | Amount of overpayment to be applied to 2004 estimated tax | 22 | |

Check ✓ if extension is attached ☐

**RETURN MUST BE SIGNED – SIGNATURE LINE IS LOCATED ON PAGE 2**
mail returns to: The RI Division of Taxation – One Capitol Hill – Providence, RI 02908-5806

Form RI-1040 (2003) JOHN A & KARLEEN A CELONA



## RI SCHEDULE I RHODE ISLAND MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

| | | |
|---|---|---|
| 23 a Modifications **INCREASING** Federal AGI – income from obligations of any state or its political subdivisions, other than Rhode Island (attach documentation) | 23a | |
| b Other modifications **INCREASING** Federal AGI (see instructions – attach documentation) | 23b | |
| c Total modifications **INCREASING** Federal AGI – add lines 23a and 23b | 23c | |
| 24 a Modifications **DECREASING** Federal AGI – income from obligations of the U.S. government included in Federal AGI but exempt from state income taxes (attach documentation) | 24a | |
| b Other modifications **DECREASING** Federal AGI (see instructions – attach documentation) | 24b | |
| c Total modifications **DECREASING** Federal AGI – add lines 24a and 24b **(Enter as a negative amount)** | 24c | |
| 25 **NET MODIFICATIONS TO FEDERAL AGI** – combine lines 23c and 24c (enter here and on page 1, line 2) | 25 | |

## RI SCHEDULE II ALLOWABLE FEDERAL CREDITS

| | | |
|---|---|---|
| 26 Rhode Island income tax from page 1, line 10 | 26 | |
| 27 Foreign tax credit from Federal Form 1040, line 44 | 27 | |
| 28 Credit for child and dependent care expenses from Federal Form 1040, line 45 or 1040A, line 29 | 28 | |
| 29 Credit for the elderly or the disabled from Federal Form 1040, line 46 or 1040A, line 30 | 29 | |
| 30 Federal mortgage interest credit from Federal Form 8396. line 11 | 30 | |
| 31 Other federal credits (see instructions for credits) from Federal Form 1040, lines 52 and 67 | 31 | |
| 32 Total – add lines 27, 28, 29, 30 and 31 | 32 | |
| 33 Tentative allowable federal credits – multiply line 32 by 25% (.025) | 33 | |
| 34 **MAXIMUM CREDIT** (line 26 or 33 whichever is **SMALLER**) – Enter here and on page 1, line 11a | 34 | |

## RI SCHEDULE III CREDIT FOR INCOME TAXES PAID TO ANOTHER STATE

**NOTE:** Attach signed copy of the other state return.

| | | |
|---|---|---|
| 35 Rhode Island income tax (page 1, line 10) less allowable federal credits (page 2, line 34) | 35 | |
| 36 Adjusted gross income from other state. If more than one state – see instructions | 36 | |
| 37 Modified Federal AGI – page 1, line 3 | 37 | |
| 38 Divide line 36 by line 37 | 38 | |
| 39 Tentative credit – multiply line 35 by line 38 | 39 | |
| 40 Tax due and paid to other state (see specific instructions) Insert name of state paid ______ | 40 | |
| 41 **MAXIMUM TAX CREDIT** (line 35, 39 or 40 whichever is the smallest). Enter here and on page 1, line 11c | 41 | |

## RI SCHEDULE IV RHODE ISLAND CHECKOFF ✓ CONTRIBUTIONS

**NOTE:** Contributions reduce your refund or increase your balance due.

| | $1.00 | $5.00 | $10.00 | Other | | |
|---|---|---|---|---|---|---|
| 42 a Drug program account | ☐ | ☐ | ☐ | ☐ | $ | 42a |
| b Olympic Contribution ..... Yes ☐ No ☐ | $1.00 Contribution ($2.00 if a joint return) | | | | | 42b |
| c Rhode Island Organ Transplant Fund | ☐ | ☐ | ☐ | ☐ | $ | 42c |
| d Rhode Island Council on the Arts | ☐ | ☐ | ☐ | ☐ | $ | 42d |
| e Rhode Island Nongame Wildlife Fund | ☐ | ☐ | ☐ | ☐ | $ | 42e |
| f Childhood Disease Victims' Fund | ☐ | ☐ | ☐ | ☐ | $ | 42f |
| g **TOTAL CONTRIBUTIONS** – add lines 42a, 42b, 42c, 42d, 42e and 42f – Enter here and on page 1, line 16 | | | | | | 42g |

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct and complete.

Your Signature ➡ Date | Spouse's Signature ➡ Date

If you do not need forms mailed to you next year, check box. ✓ ☐

May the division contact your preparer about this return? Yes ☐ No ☐

Paid preparer's signature and address | SSN, PTIN or EIN | Telephone Number (401) 353-7700

ROBERT BUCO CPA & ASSOCIATES
1824 MINERAL SPRING AVENUE
N. PROVIDENCE RI 02904

RIIA0112 12/19/03

# RI-2210 UNDERPAYMENT OF ESTIMATED TAX BY INDIVIDUALS 2003

Name(s) shown on Form RI-1040 or RI-1040NR: JOHN A & KARLEEN A CELONA

Your Social Security Number:

## PART 1 REQUIRED ANNUAL PAYMENT

| Line | Description | Amount |
|---|---|---|
| 1 | Enter your 2003 Rhode Island income tax from RI-1040, line 13 less line 18D or RI-1040NR, line 15 less line 18D | 2,667. |
| 2 | Enter 80% of the amount shown on line 1 | 2,134. |
| 3 | Rhode Island withheld taxes paid for 2003 from RI-1040, line 18A or RI-1040NR, lines 18A and 18C | 303. |
| 4 | Subtract line 3 from line 1 – (if the result is $250.00 or less do not complete the rest of this form) | 2,364. |
| 5 | Enter your 2002 Rhode Island tax from RI-1040, line 13 or RI-1040NR, line 15 | 965. |
| 6 | Enter the SMALLER of line 2 or line 5 | 965. |

## PART 2 SHORTCUT METHOD

You can use this method if you meet the following conditions (Otherwise, you must complete parts 3 and 4 to figure your underestimating interest):

1. You made no estimated payments OR all 4 estimated payments were equal and paid by the appropriate due dates;
2. AND you did not complete RI-2210, part 5 (Annualized Income Installment Worksheet).

| Line | Description | Amount |
|---|---|---|
| 7 | Enter the amount from Part 1, line 6 above | |
| 8 | Enter the total withholding and estimated tax you paid from RI-1040, lines 18A and 18B or RI-1040NR, lines 18A, 18B and 18C | |
| 9 | Underpayment – subtract line 8 from line 7 | |
| 10 | Multiply line 9 by 7.9808% (.079808) | |
| 11 | If the amount on line 9 was paid on or after 4/15/04, then enter $0<br>If the amount on line 9 was paid before 4/15/04, then make the following calculation:<br>The amount on line 9 (times) the number of days paid before 4/15/04 (times) .00022 & enter result here | |
| 12 | **UNDERESTIMATING INTEREST** – subtract line 11 from line 10 – enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | |

## PART 3 FIGURE YOUR UNDERPAYMENT

PAYMENT DUE DATES

| Line | Description | Column A 04/15/2003 | Column B 06/15/2003 | Column C 09/15/2003 | Column D 01/15/2004 |
|---|---|---|---|---|---|
| 13 | Divide the amount on line 6 by four (4) and enter the results in each column | 241. | 241. | 241. | 242. |
| 14 | Annualized income installments from part 5, line 33. NOTE: Complete lines 15 through 17 in one column before completing the next column | | | | |
| 15 | Enter the amount from line 13 or line 14 if applicable | 241. | 241. | 241. | 242. |
| 16 | Rhode Island tax withheld and estimated tax paid (If line 16 is equal to or more than line 15 for all installment periods, do not complete or file this form unless you report annualized income installments on line 14) | 171. | 76. | 76. | 76. |
| 17 | **UNDERPAYMENT** – Subtract line 16 from line 15 **OR, OVERPAYMENT** – Subtract line 15 from line 16 | 70. | 235. | 241. | 242. |

## PART 4 HOW TO FIGURE THE CHARGES

| Line | Description | Column A 04/15/2003 | Column B 06/15/2003 | Column C 09/15/2003 | Column D 01/15/2004 |
|---|---|---|---|---|---|
| 18 | Payment date or date listed in instructions for line 18, whichever is earlier | | | | |
| 19A | Number of days from the installment date to date of payment or the due date of the next installment, whichever is earlier | days | days | days | |
| 19B | Number of days on line 19A / 365 x 12% x underpayment on line 17 | | | | |
| 20A | Number of days from January 1, 2004 to the date of payment or January 15, 2004, whichever is earlier | | | days | |
| 20B | Number of days on line 20A / 365 x 12% x underpayment on line 17 | | | | |
| 21A | Number of days from January 15, 2004 to the date of payment or April 15, 2004, whichever is earlier | | | | days |
| 21B | Number of days on line 21A / 365 x 12% x underpayment on line 17 | | | | |

| Line | Description | Amount |
|---|---|---|
| 22 | **UNDERESTIMATING INTEREST** – Total amount from all columns on lines 19B, 20B and 21B. Enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | 41 |

See Underpayment Statement

JOHN A & KARLEEN A CELONA

## PART 5 ANNUALIZED INCOME INSTALLMENT WORKSHEET

| **IMPORTANT:** Complete one column lines 23 - 33 before completing the next column. | 01/01/03 03/31/03 | 01/01/03 05/31/03 | 01/01/03 08/31/03 | 01/01/03 12/31/03 |
|---|---|---|---|---|
| 23 Figure your actual taxable income | | | | |
| 24 Annualization amounts | 4 | 2.4 | 1.5 | 1 |
| 25 Multiply the amount on line 23 by the indicator on line 24 | | | | |
| 26 Figure your Rhode Island tax on the amount on line 25 | | | | |
| 27 Applicable percentage | 20% | 40% | 60% | 80% |
| 28 Multiply the amount on line 26 by the applicable percentages on line 27 | | | | |
| 29 Enter the combined amount from line 33 for all preceding periods | | | | |
| 30 Subtract line 29 from line 28 (not less than zero) | | | | |
| 31 Enter the amount from RI-2210, page 1, line 13 for the period plus the amount from line 32 of this worksheet for the preceding period | | | | |
| 32 If line 31 is more than line 30, **SUBTRACT** line 30 from line 31, **OTHERWISE** enter zero | | | | |
| 33 Enter the smaller of line 30 or line 31 here and on page 1, line 14 | | | | |

RIIA0712 12/31/03

# RI-2688 Application For Additional Extension of Time To File Rhode Island Individual Income Tax Return 2003

**Please print or type**

First Name: JOHN A CELONA | Last Name | Your Social Security Number

Spouse's First Name: KARLEEN A CELONA | Last Name | Spouse's Social Security Number

**Please enter return address below**

Present home address (number and street, including apartment no. or rural route): 51 PINEWOOD DR

City, town or post office: NO.PROVIDENCE | State: RI | Zip Code: 02904

## Part 1 Explanation

**NOTE:** Use this form to request more time to file RI-1040 or RI-1040NR. Use this form only if you have already filed RI-4868. If you have not already filed RI-4868, you cannot request an additional extension. Explain the reason for the request for additional time on line 3.

1 An additional extension of time until **October 15, 2004** is hereby requested in which to file Form RI-1040 or RI-1040NR.

2 Have you previously requested an extension of time to file for 2003 on RI-4868? [X] Yes [ ] No (if no, do not submit this form)

3 Explain reason(s) why you need additional time: ➧

ADDITIONAL TIME IS NEEDED TO FILE AN ACCURATE INCOME TAX RETURN.

## Part 2 Signature and Verification

**If prepared by the taxpayer** – Under penalties of perjury, I declare that to the best of my knowledge and belief, the statements made herein are true and correct.

**Signature of Taxpayer** ➧ ________ Date ➧ ________

**Signature of Spouse** ➧ ________ Date ➧ ________

**If prepared by someone other than the taxpayer** – Under penalties of perjury, I declare to the best of my knowledge and belief, the statements made herein are true and correct, and that I am authorized by the taxpayer(s) to prepare this application.

**Signature of Preparer** ➧ ________ Date ➧ 11/02/2006

**Preparer's Name** (print or type) ➧ ________ FIN/PTIN ➧ 05-0367754

File ORIGINAL and one copy with: **The Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908-5806**

DO NOT STAPLE OR CLIP COPY OF FORM RI-2688 TO ORIGINAL RI-2688. The copy, approved or denied, will be returned to you only if you have provided a duplicate copy. Please attach the approved copy to your return when you file with this office.

## Part 3 Notice to Applicant

**THIS PART WILL BE COMPLETED BY THE STATE OF RHODE ISLAND. DO NOT WRITE IN THIS PART.**

[ ] We have approved your application.

[ ] We have not approved your application.

[ ] We have not approved your application, as the maximum extension of time allowed by law is six (6) months.

[ ] Other: ________

Division of Taxation Signature ________

## Part 4 Return Address

Please enter the name and address where you would like this form returned

Taxpayer's name or Preparer's name (if applicable): ROBERT BUCO CPA & ASSOCIATES

Address (number and street, including apartment no. or rural route): 1824 MINERAL SPRING AVENUE

City, state and zip code: N. PROVIDENCE, RI 02904

Rhode Island
Form RI-2210
Line 22

# Underpayment Statement

**Supporting information provided by program.**
**NO ENTRIES ARE NEEDED.**

**2003**

**Statement** UND

Name: JOHN A & KARLEEN A CELONA

Social Security Number:

| 'Event' | Date | Amount Due | Amount Paid | Running Balance | Percent | # of Days | Penalty |
|---|---|---|---|---|---|---|---|
| Amount Due | 04/15/03 | 241. | | 241. | 12.00 | 0 | |
| Applied | 04/15/03 | | 96. | 145. | 12.00 | 0 | |
| Withholding | 04/15/03 | | 75. | 70. | 12.00 | 62 | 1.43 |
| Amount Due | 06/16/03 | 241. | | 311. | 12.00 | 0 | |
| Withholding | 06/16/03 | | 76. | 235. | 12.00 | 91 | 7.03 |
| Amount Due | 09/15/03 | 241. | | 476. | 12.00 | 0 | |
| Withholding | 09/15/03 | | 76. | 400. | 12.00 | 122 | 16.04 |
| Amount Due | 01/15/04 | 242. | | 642. | 12.00 | 0 | |
| Withholding | 01/15/04 | | 76. | 566. | 12.00 | 91 | 16.93 |
| Date Filed | 04/15/04 | | | 566. | 12.00 | | |
| **Total** | | | | | | | 41.43 |

OTHV0201.SCR 11/28/03

**Supporting Statement of:**

Form RI-1040/Line 18E-Other Payments

| Description | Amount |
| --- | --- |
| FORM 4868 | 1,964.00 |
| Total | 1,964.00 |