# EXHIBIT C

Form **1040** Department of the Treasury — Internal Revenue Service
# U.S. Individual Income Tax Return 2004
(99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20 — OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label.** Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your first name: JOHN | MI: A | Last name: CELONA | Your social security number |
| If a joint return, spouse's first name: KARLEEN | MI: A | Last name: CELONA | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions.: 51 PINEWOOD DR | | Apartment no. | ▲ **Important!** ▲ You **must** enter your social security number(s) above. |
| City, town or post office. If you have a foreign address, see instructions.: NO.PROVIDENCE | State: RI | ZIP code: 02904 | |

**Presidential Election Campaign** (See instructions.)
▶ **Note:** Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: [ ] Yes [X] No — Spouse: [ ] Yes [X] No

**Filing Status** — Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a — Boxes checked on 6a and 6b: 2
b [X] **Spouse**
c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| JOHN A CELONA JR | | Son | [X] |
| CHRISTOPHER J CELONA | | Son | [X] |
| | | | [ ] |
| | | | [ ] |

If more than four dependents, see instructions.

No. of children on 6c who: ● lived with you: 2
● did not live with you due to divorce or separation (see instrs):
Dependents on 6c not entered above:
Add numbers on lines above ▶ 4

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 68,116. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 54. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualfd divs (see instrs) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 18,159. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a; b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities — 16a; b Taxable amount (see instrs) | 16b | 7,087. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instrs) | 20b | |
| 21 | Other income ELECTION FUND PROCEEDS | 21 | 12,530. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 105,946. |

**Adjusted Gross Income**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | IRA deduction (see instructions) | 25 | | | |
| 26 | Student loan interest deduction (see instructions) | 26 | | | |
| 27 | Tuition and fees deduction (see instructions) | 27 | | | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | | | |
| 29 | Moving expenses. Attach Form 3903 | 29 | | | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | 1,283. | | |
| 31 | Self-employed health insurance deduction (see instrs) | 31 | 8,593. | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | | | |
| 33 | Penalty on early withdrawal of savings | 33 | | | |
| 34a | Alimony paid b Recipient's SSN ▶ | 34a | | | |
| 35 | Add lines 23 through 34a | | | 35 | 9,876. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | | | 36 | 96,070. |

Form **1040** (2004) JOHN A & KARLEEN A CELONA Page **2**

## Tax and Credits

**Standard Deduction for –**
- People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| Line | Description | Inner box | Inner amount | Line box | Amount |
|---|---|---|---|---|---|
| 37 | Amount from line 36 (adjusted gross income) | | | 37 | 96,070. |
| 38a | Check if: ☐ **You** were born before January 2, 1940, ☐ Blind. ☐ **Spouse** was born before January 2, 1940, ☐ Blind. **Total boxes checked** ► 38a ☐ | | | | |
| b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ► 38b ☐ | | | | |
| 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 39 | 31,048. |
| 40 | Subtract line 39 from line 37 | | | 40 | 65,022. |
| 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | | | 41 | 12,400. |
| 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | | 42 | 52,622. |
| 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | | 43 | 7,179. |
| 44 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | 44 | 0. |
| 45 | Add lines 43 and 44 ► | | | 45 | 7,179. |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | |
| 49 | Education credits. Attach Form 8863 | 49 | | | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | | |
| 51 | Child tax credit (see instructions) | 51 | 2,000. | | |
| 52 | Adoption credit. Attach Form 8839 | 52 | | | |
| 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | | | |
| 54 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☒ Form 8801 c ☐ Specify | 54 | 5. | | |
| 55 | Add lines 46 through 54. These are your **total credits** | | | 55 | 2,005. |
| 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ► | | | 56 | 5,174. |

## Other Taxes

| Line | Description | Line box | Amount |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | 2,565. |
| 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 | Advance earned income credit payments from Form(s) W-2 | 60 | |
| 61 | Household employment taxes. Attach Schedule H | 61 | |
| 62 | Add lines 56-61. This is your total tax ► | 62 | 7,739. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Inner box | Inner amount | Line box | Amount |
|---|---|---|---|---|---|
| 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 3,719. | | |
| 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | | |
| 65a | **Earned income credit (EIC)** | 65a | | | |
| b | Nontaxable combat pay election ► 65b | | | | |
| 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | | | |
| 67 | Additional child tax credit. Attach Form 8812 | 67 | | | |
| 68 | Amount paid with request for extension to file (see instructions) | 68 | | | |
| 69 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | | | |
| 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ► | | | 70 | 3,719. |

## Refund

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

| Line | Description | Inner box | Inner amount | Line box | Amount |
|---|---|---|---|---|---|
| 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | | | 71 | |
| 72a | Amount of line 71 you want **refunded to you** ► | | | 72a | |
| ► b | Routing number ► c Type: ☐ Checking ☐ Savings | | | | |
| ► d | Account number | | | | |
| 73 | Amount of line 71 you want applied to your 2005 estimated tax ► | 73 | | | |

## Amount You Owe

| Line | Description | Inner box | Inner amount | Line box | Amount |
|---|---|---|---|---|---|
| 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ► | | | 74 | 4,020. |
| 75 | Estimated tax penalty (see instructions) | 75 | | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes. Complete the following.** ☐ **No**

Designee's name ► Preparer Phone no. ► Personal identification number (PIN) ►

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: CONSULTANT | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation: SALES CLERK

## Paid Preparer's Use Only

Preparer's signature ► [signature] Date: 11/01/2006 Check if self-employed ☒ Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► ROBERT BUCO CPA & ASSOCIATES, 1824 MINERAL SPRING AVE, N. PROVIDENCE RI 02904-8938 EIN Phone no. (401) 353-7700

Form **1040** (2004)

FDIA0112 11/10/04

**SCHEDULE A** (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2004**

07

Name(s) shown on Form 1040: JOHN A & KARLEEN A CELONA

Your social security number

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 1,792. | | |
| | 2 | Enter amount from Form 1040, line 37 — 2: 96,070. | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 7,205. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes (see instructions) | 5 | 3,434. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 5,284. | | |
| | 7 | Personal property taxes | 7 | 962. | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 9,680. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 15,191. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 54. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 15,245. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 1,083. | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | 5,040. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 6,123. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 37 — 24 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)? [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | 28 | 31,048. |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.** FDIA0301 11/02/04 Schedule **A** (Form 1040) 2004

**SCHEDULE C** (Form 1040)

Department of the Treasury Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.
► Attach to Form 1040 or 1041. ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

09

Name of proprietor: JOHN A CELONA

Social security number (SSN):

A Principal business or profession, including product or service (see instructions): CONSULTANT

B Enter code from instructions ► 561490

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ► 51 PINEWOOD DR
City, town or post office, state, and ZIP code: NO.PROVIDENCE, RI 02904

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses. [X] Yes [ ] No

H If you started or acquired this business during 2004, check here ► [ ]

## Part I Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 | 28,400. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 28,400. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 28,400. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 28,400. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | No. | Amount |
|---|---|---|---|
| 8 | Advertising | 8 | |
| 9 | Car and truck expenses (see instructions) | 9 | 1,455. |
| 10 | Commissions and fees | 10 | |
| 11 | Contract labor (see instructions) | 11 | |
| 12 | Depletion | 12 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 1,105. |
| 14 | Employee benefit programs (other than on line 19) | 14 | |
| 15 | Insurance (other than health) | 15 | |
| 16 | Interest: | | |
| | a Mortgage (paid to banks, etc) | 16a | |
| | b Other | 16b | |
| 17 | Legal & professional services | 17 | |
| 18 | Office expense | 18 | 357. |
| 19 | Pension and profit-sharing plans | 19 | |
| 20 | Rent or lease (see instructions): | | |
| | a Vehicles, machinery, and equipment | 20a | |
| | b Other business property | 20b | |
| 21 | Repairs and maintenance | 21 | |
| 22 | Supplies (not included in Part III) | 22 | |
| 23 | Taxes and licenses | 23 | |
| 24 | Travel, meals, and entertainment: | | |
| | a Travel | 24a | |
| | b Meals and entertainment | 24b | 305. |
| | c Enter nondeductible amount included on line 24b (see instrs) | 24c | 153. |
| | d Subtract line 24c from line 24b | 24d | 152. |
| 25 | Utilities | 25 | |
| 26 | Wages (less employment credits) | 26 | |
| 27 | Other expenses (from line 48 on page 2) | 27 | 2,411. |

| Line | Description | No. | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 5,480. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 22,920. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | 4,761. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | 18,159. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you **must** attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

Schedule C (Form 1040) 2004 JOHN A CELONA Page 2

**Part III** **Cost of Goods Sold** (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

**Part IV** **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ► ____________

44 Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a Business ____________ b Commuting ____________ c Other ____________

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for personal use during off-duty hours? ☐ Yes ☐ No

47 a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If 'Yes,' is the evidence written? ☐ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| CLIENT RELATIONS | | 783. |
| CELL PHONE | | 1,628. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 **Total other expenses.** Enter here and on page 1, line 27 | 48 | 2,411. |

Schedule C (Form 1040) 2004

Schedule SE (Form 1040) 2004 **17** Page 2

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► | |
|---|---|---|
| JOHN A CELONA | | |

## Section B – Long Schedule SE

### Part I Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income,** skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ► ☐

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip this line if you use the farm optional method (see instructions) | | | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | | | 2 | 18,159. |
| 3 | Combine lines 1 and 2 | | | 3 | 18,159. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | | | 4a | 16,770. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ► | | | 4c | 16,770. |
| 5a | Enter your **church employee income** from Form W-2. See the instructions for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | | | 5b | 0. |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | | | 6 | 16,770. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2004 | | | 7 | 87,900. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,900 or more, skip lines 8b through 10, and go to line 11 | 8a | 70,702. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) | 8b | | | |
| c | Add lines 8a and 8b | | | 8c | 70,702. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ► | | | 9 | 17,198. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | | | 10 | 2,079. |
| 11 | Multiply line 6 by 2.9% (.029) | | | 11 | 486. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 57** | | | 12 | 2,565. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 30** | 13 | 1,283. | | |

### Part II Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income(1) was not more than $2,400 **or (b)** your net farm profits(2) were less than $1,733.

| Line | Description | Line | Amount |
|---|---|---|---|
| 14 | Maximum income for optional methods | 14 | 1,600. |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income(1) (not less than zero) **or** $1,600. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits(3) were less than $1,733 and also less than 72.189% of your gross nonfarm income(4) **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| Line | Description | Line | Amount |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), box 14, code B.

(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), box 14, code A.

(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A; and Schedule K-1 (Form 1065-B), box 9.

(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), box 14, code C; and Schedule K-1 (Form 1065-B), box 9.

Form **6251** | **Alternative Minimum Tax — Individuals** | OMB No. 1545-0227 | **2004**

Department of the Treasury Internal Revenue Service (99)

► See separate instructions.
► Attach to Form 1040 or Form 1040NR.

Attachment Sequence No. 32

Name(s) shown on Form 1040: JOHN A & KARLEEN A CELONA

Your social security number:

## Part I Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 40, and go to line 2. Otherwise, enter the amount from Form 1040, line 37, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 65,022. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2-1/2% of Form 1040, line 37 | 2 | 0. |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 9,680. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | 5 | |
| 6 | If Form 1040, line 37, is over $142,700 (over $71,350 if married filing separately), enter the amount from line 9 of the **Itemized Deductions Worksheet** in the Instructions for Schedules A and B (Form 1040) | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | 0. |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | 16. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions.) | 28 | 74,718. |

## Part II Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is . . . | AND line 28 is not over . . . | THEN enter on line 29 . . . |
|---|---|---|
| Single or head of household | $112,500 | $40,250 |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 |
| Married filing separately | 75,000 | 29,000 |

If line 28 is **over** the amount shown above for your filing status, see instructions. ..... 29: 58,000.

| | | | |
|---|---|---|---|
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 30 | 16,718. |
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here.<br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 4,347. |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 4,347. |
| 34 | Tax from Form 1040, line 43 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46). If you used Schedule J to figure your tax, the amounts for lines 43 and 46 of Form 1040 must be refigured without using Schedule J (see instructions) | 34 | 7,179. |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 44 | 35 | 0. |

## Part III Tax Computation Using Maximum Capital Gains Rates

36 Enter the amount from Form 6251, line 30 . . . . . 36

37 Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 43, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) . . . . . 37

38 Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) . . . . . 38

39 If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) . . . . . 39

40 Enter the **smaller** of line 36 or line 39 . . . . . 40

41 Subtract line 40 from line 36 . . . . . 41

42 If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . ► 42

43 Enter:
- $58,100 if married filing jointly or qualifying widow(er),
- $29,050 if single or married filing separately, or
- $38,900 if head of household.

. . . . . 43

44 Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 43, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- . . . . . 44

45 Subtract line 44 from line 43. If zero or less, enter -0- . . . . . 45

46 Enter the **smaller** of line 36 or line 37 . . . . . 46

47 Enter the **smaller** of line 45 or line 46 . . . . . 47

48 Multiply line 47 by 5% (.05) . . . . . ► 48

49 Subtract line 47 from line 46 . . . . . 49

50 Multiply line 49 by 15% (.15) . . . . . ► 50

**If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.**

51 Subtract line 46 from line 40 . . . . . 51

52 Multiply line 51 by 25% (.25) . . . . . ► 52

53 Add lines 42, 48, 50, and 52 . . . . . 53

54 If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . 54

55 Enter the **smaller** of line 53 or line 54 here and on line 31 . . . . . 55

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

# Investment Interest Expense Deduction

► Attach to your tax return.

OMB No. 1545-0191

2004

51

Name(s) shown on return: JOHN A & KARLEEN A CELONA

Identifying number:

## Part I Total Investment Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2004 (see instructions) | | 1 | 1,777. |
| 2 | Disallowed investment interest expense from 2003 Form 4952, line 7 | | 2 | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | | 3 | 1,777. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 54. | | |
| b | Qualified dividends included on line 4a | 4b | | | |
| c | Subtract line 4b from line 4a | | | 4c | 54. |
| d | Net gain from the disposition of property held for investment | 4d | | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | | |
| f | Subtract line 4e from line 4d | | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 54. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 54. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2005. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 1,723. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6. See instructions. | 8 | 54. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Form 4952 (2004)

FDIZ1201 11/18/04

Form **8283** (Rev October 1998)

Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

► Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
► See separate instructions.

OMB No. 1545-0908

55

Name(s) shown on your income tax return: JOHN A & KARLEEN A CELONA

Identifying number

**Note:** *Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A —** List in this section **only** items (or groups of similar items) for which you claimed a deduction of **$5,000 or less.** Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I Information on Donated Property** — If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | ST. ANTHONY CHURCH<br>N. PROVIDENCE, RI | TOYS; CLOTHING |
| B | SALVATION ARMY<br>PROVIDENCE, RI | CLOTHING |
| C | | |
| D | | |
| E | | |

**Note:** *If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| | (c) Date of the contribution | (d) Date acquired by donor (mo, yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 03/27/2004 | Various | PURCHASE | | 4,200. | THRIFT SHOP VALUE |
| B | Various | Various | PURCHASE | | 840. | THRIFT SHOP VALUE |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II Other Information** — Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a Enter the letter from Part I that identifies the property ► ________. If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ► ________

(2) For any prior tax years ► ________

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town State ZIP code

d For tangible property, enter the place where the property is located or kept ► ________

e Name of any person, other than donee organization, having actual possession of the property ► ________

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions):

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

Form **8829**

Department of the Treasury
Internal Revenue Service (99)

# Expenses for Business Use of Your Home

► File only with Schedule C (Form 1040).
Use a separate Form 8829 for each home you used for business during the year.
► See separate instructions.

OMB No. 1545-1266
**2004**
66

Name(s) of proprietor(s): JOHN A CELONA

Your social security number:

## Part I Part of Your Home Used for Business — CONSULTANT

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples (see instructions) | 1 | 342 |
| 2 | Total area of home | 2 | 2,400 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | 3 | 14.25 % |
| | • **For day-care facilities not used exclusively for business, also complete lines 4 - 6.** | | |
| | • **All others, skip lines 4 - 6 and enter the amount from line 3 on line 7.** | | |
| 4 | Multiply days used for day care during year by hours used per day — 4: hr | | |
| 5 | Total hours available for use during the year (366 days x 24 hours) (see instructions) — 5: 8,784 hr | | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount — 6: | | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ► | 7 | 14.25 % |

## Part II Figure Your Allowable Deduction

| | | | (a) Direct expenses | | (b) Indirect expenses | | |
|---|---|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | | | | | 8 | 22,920. |
| | See instrs for columns (a) and (b) before completing lines 9-20. | | | | | | |
| 9 | Casualty losses (see instructions) | 9 | | | | | |
| 10 | Deductible mortgage interest (see instructions) | 10 | | | 17,715. | | |
| 11 | Real estate taxes (see instructions) | 11 | | | 6,162. | | |
| 12 | Add lines 9, 10, and 11 | 12 | | | 23,877. | | |
| 13 | Multiply line 12, column (b) by line 7 | | | 13 | 3,402. | | |
| 14 | Add line 12, column (a) and line 13 | | | | | 14 | 3,402. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | | | 15 | 19,518. |
| 16 | Excess mortgage interest (see instructions) | 16 | | | | | |
| 17 | Insurance | 17 | | | 1,195. | | |
| 18 | Repairs and maintenance | 18 | | | | | |
| 19 | Utilities | 19 | | | 3,848. | | |
| 20 | Other expenses (see instrs) | 20 | | | | | |
| 21 | Add lines 16 through 20 | 21 | | | 5,043. | | |
| 22 | Multiply line 21, column (b) by line 7 | | | 22 | 719. | | |
| 23 | Carryover of operating expenses from 2003 Form 8829, line 41 | | | 23 | | | |
| 24 | Add line 21 in column (a), line 22, and line 23 | | | | | 24 | 719. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24 | | | | | 25 | 719. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 | | | | | 26 | 18,799. |
| 27 | Excess casualty losses (see instructions) | | | 27 | | | |
| 28 | Depreciation of your home from Part III below | | | 28 | 640. | | |
| 29 | Carryover of excess casualty losses and depreciation from 2003 Form 8829, line 42 | | | 29 | | | |
| 30 | Add lines 27 through 29 | | | | | 30 | 640. |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30 | | | | | 31 | 640. |
| 32 | Add lines 14, 25, and 31 | | | | | 32 | 4,761. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to **Form 4684**, Section B | | | | | 33 | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ► | | | | | 34 | 4,761. |

## Part III Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value (see instructions) | 35 | 175,200. |
| 36 | Value of land included on line 35 | 36 | |
| 37 | Basis of building. Subtract line 36 from line 35 | 37 | 175,200. |
| 38 | Business basis of building. Multiply line 37 by line 7 | 38 | 24,966. |
| 39 | Depreciation percentage (see instructions) | 39 | 2.5641 % |
| 40 | Depreciation allowable (see instructions). Multiply line 38 by line 39. Enter here and on line 28 above | 40 | 640. |

## Part IV Carryover of Unallowed Expenses to 2005

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- | 41 | 0. |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- | 42 | 0. |

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

# Investment Interest Expense Deduction

► Attach to your tax return.

OMB No. 1545-0191

**2004**

51

Name(s) shown on return: JOHN A & KARLEEN A CELONA

Identifying number:

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2004 (see instructions) | 1 | 1,777. |
| 2 | Disallowed investment interest expense from 2003 Form 4952, line 7 | 2 | 2,526. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 4,303. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 54. | | |
| b | Qualified dividends included on line 4a | 4b | | | |
| c | Subtract line 4b from line 4a | | | 4c | 54. |
| d | Net gain from the disposition of property held for investment | 4d | | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | | |
| f | Subtract line 4e from line 4d | | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 54. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 54. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2005. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 4,249. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 54. |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (2004)

Form **8801**

Department of the Treasury
Internal Revenue Service (99)

# Credit for Prior Year Minimum Tax – Individuals, Estates, and Trusts

► See instructions. ► Attach to Form 1040, 1040NR, or 1041.

OMB No. 1545-1073

**2004**

74

Name(s) shown on return: JOHN A & KARLEEN A CELONA

Identifying number:

## Part I Net Minimum Tax on Exclusion Items

| | | | |
|---|---|---|---|
| 1 | Combine lines 1, 6, and 10 of your 2003 Form 6251. Estates and trusts, see instructions | 1 | 55,049. |
| 2 | Enter adjustments and preferences treated as exclusion items (see instructions) | 2 | 30,291. |
| 3 | Minimum tax credit net operating loss deduction (see instructions) | 3 | |
| 4 | Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $191,000 and you were married filing separately for 2003, see instructions | 4 | 85,340. |
| 5 | Enter: $58,000 if married filing jointly or qualifying widow(er) for 2003; $40,250 if single or head of household for 2003; or $29,000 if married filing separately for 2003. Estates and trusts, enter $22,500 | 5 | 58,000. |
| 6 | Enter: $150,000 if married filing jointly or qualifying widow(er) for 2003; $112,500 if single or head of household for 2003; or $75,000 if married filing separately for 2003. Estates and trusts, enter $75,000 | 6 | 150,000. |
| 7 | Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 | 7 | 0. |
| 8 | Multiply line 7 by 25% (.25) | 8 | 0. |
| 9 | Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 14, see instructions | 9 | 58,000. |
| 10 | Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions | 10 | 27,340. |
| 11 | • **If for 2003** you reported capital gain distributions directly on Form 1040, line 13a; you reported qualified dividends on Form 1040, line 9b (Form 1041, line 2b(2)); **or** you had a gain on both lines 16 and 17a of Schedule D (Form 1040) (lines 15a and 16a, column (2), of Schedule D (Form 1041)), complete Part III of Form 8801 and enter the amount from line 58 here. • **All others:** If line 10 is $175,000 or less ($87,500 or less if married filing separately for 2003), multiply line 10 by 26% (.26). Otherwise, multiply line 10 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2003) from the result. | 11 | 7,108. |
| 12 | Minimum tax foreign tax credit on exclusion items (see instructions) | 12 | |
| 13 | Tentative minimum tax on exclusion items. Subtract line 12 from line 11 | 13 | 7,108. |
| 14 | Enter the amount from your 2003 Form 6251, line 34, or 2003 Form 1041, Schedule I, line 55 | 14 | 5,724. |
| 15 | **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 1,384. |

## Part II Minimum Tax Credit and Carryforward to 2005

| | | | |
|---|---|---|---|
| 16 | Enter the amount from your 2003 Form 6251, line 35, or 2003 Form 1041, Schedule I, line 56 | 16 | 1,389. |
| 17 | Enter the amount from line 15 above | 17 | 1,384. |
| 18 | Subtract line 17 from line 16. If less than zero, enter as a negative amount | 18 | 5. |
| 19 | **2003 minimum tax credit carryforward.** Enter the amount from your 2003 Form 8801, line 26 | 19 | |
| 20 | Enter the total of your 2003 unallowed nonconventional source fuel credit and 2003 unallowed qualified electric vehicle credit (see instructions) | 20 | |
| 21 | Combine lines 18, 19, and 20. If zero or less, **stop here** and see instructions | 21 | 5. |
| 22 | Enter your 2004 regular income tax liability minus allowable credits (see instructions) | 22 | 5,179. |
| 23 | Enter the amount from your 2004 Form 6251, line 33, or 2004 Form 1041, Schedule I, line 54 | 23 | 4,347. |
| 24 | Subtract line 23 from line 22. If zero or less, enter -0- | 24 | 832. |
| 25 | **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 2004 Form 1040, line 54; Form 1040NR, line 49; or Form 1041, Schedule G, line 2d | 25 | 5. |
| 26 | **Minimum tax credit carryforward to 2005.** Subtract line 25 from line 21. Keep a record of this amount because you may use it in future years | 26 | 0. |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**



FDIZ2412 12/30/04

## Part II Tax Computation Using Maximum Capital Gains Rates

**Caution:** *If you did not complete Part IV of the 2003 Schedule D (Form 1040) (or Part V of the 2003 Schedule D (Form 1041)) or the 2003 Schedule D Tax Worksheet, see the instructions before completing this part.*

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 27 | Enter the amount from Form 8801, line 10 | | | 27 | |
| 28 | Enter the amount from line 26 of your 2003 Schedule D (Form 1040) (line 23 of the 2003 Schedule D (Form 1041)) or line 13 of your 2003 Schedule D Tax Worksheet* | 28 | | | |
| 29 | Enter the amount from line 19 of your 2003 Schedule D (Form 1040), or line 15d, column (2), of the 2003 Schedule D (Form 1041) | 29 | | | |
| 30 | If you did not complete the 2003 Schedule D Tax Worksheet, enter the amount from line 28. Otherwise, add lines 28 and 29, and enter the **smaller** of that result or the amount from line 10 of your 2003 Schedule D Tax Worksheet | 30 | | | |
| 31 | Enter the **smaller** of line 27 or line 30 | | | 31 | |
| 32 | Subtract line 31 from line 27 | | | 32 | |
| 33 | If line 32 is $175,000 or less ($87,500 or less if married filing separately for 2003), multiply line 32 by 26% (.26). Otherwise, multiply line 32 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2003) from the result ► | | | 33 | |
| 34 | Enter:<br>• $56,800 if married filing jointly or qualifying widow(er) for 2003,<br>• $28,400 if single or married filing separately for 2003,<br>• $38,050 if head of household for 2003, or<br>• $1,900 for an estate or trust | 34 | | | |
| 35 | Enter the amount from line 27 of your 2003 Schedule D (Form 1040) (line 24 of the 2003 Schedule D (Form 1041)) or line 14 of the 2003 Schedule D Tax Worksheet*, whichever applies. If you did not complete Part IV of the 2003 Schedule D (Form 1040) (or Part V of the 2003 Schedule D (Form 1041)) or the 2003 Schedule D Tax Worksheet, enter -0- | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | 36 | | | |
| 37 | Enter the **smaller** of line 27 or line 28 | 37 | | | |
| 38 | Enter the **smaller** of line 36 or line 37 | 38 | | | |
| 39 | If you did not complete the 2003 Schedule D Tax Worksheet, enter the amount from your 2003 Schedule D (Form 1040), line 43 (or 2003 Schedule D (Form 1041), line 40) (or if that line is blank, the amount from your 2003 Schedule D (Form 1040), line 31 (or 2003 Schedule D (Form 1041), line 28)). Otherwise, enter the amount from line 32 of the Schedule D Tax Worksheet* (or if that line is blank, the amount from line 20 of that worksheet) | 39 | | | |
| 40 | Enter the **smaller** of line 38 or line 39. If line 38 is zero, go to line 48 | 40 | | | |
| 41 | Multiply line 40 by 5% (.05) ► | | | 41 | |
| 42 | Subtract line 40 from line 38. If zero or less, enter -0- and go to line 48 | 42 | | | |
| 43 | Enter your qualified 5-year gain, if any, from your 2003 Schedule D (Form 1040), line 35 (2003 Schedule D (Form 1041), line 32) — 43 | | | | |
| 44 | Enter the **smaller** of line 42 or line 43 | 44 | | | |
| 45 | Multiply line 44 by 8% (.08) ► | | | 45 | |
| 46 | Subtract line 44 from line 42 | 46 | | | |
| 47 | Multiply line 46 by 10% (.10) ► | | | 47 | |
| 48 | Subtract line 40 from line 39 | 48 | | | |
| 49 | Subtract line 38 from line 37 | 49 | | | |
| 50 | Enter the **smaller** of line 48 or line 49 | 50 | | | |
| 51 | Multiply line 50 by 15% (.15) ► | | | 51 | |
| 52 | Subtract line 50 from line 49 | 52 | | | |
| 53 | Multiply line 52 by 20% (.20) ► | | | 53 | |
| | **If line 29 is zero or blank, skip lines 54 and 55 and go to line 56. Otherwise, go to line 54.** | | | | |
| 54 | Subtract line 37 from line 31 | 54 | | | |
| 55 | Multiply line 54 by 25% (.25) ► | | | 55 | |
| 56 | Add lines 33, 41, 45, 47, 51, 53, and 55 | | | 56 | |
| 57 | If line 27 is $175,000 or less ($87,500 or less if married filing separately), multiply line 27 by 26% (.26). Otherwise, multiply line 27 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | | 57 | |
| 58 | Enter the **smaller** of line 56 or line 57 here and on line 11 | | | 58 | |

*The 2003 Schedule D Tax Worksheet is in the 2003 Instructions for Schedule D (Form 1040) and 2003 Instructions for Form 1041.



FDIZ2412 12/30/04

**Supporting Statement of:**

Schedule C (CONSULTANT)/Other receipts

| Description | Amount |
|---|---|
| ROGER WILLIAMS MEDICAL CENTER | 14,000.00 |
| NEW ENGLAND AMBULANCE | 14,400.00 |
| Total | 28,400.00 |

DETACH HERE AND MAIL WITH YOUR PAYMENT

STATE OF RHODE ISLAND
DIVISION OF TAXATION • ONE CAPITOL HILL, PROVIDENCE, RI 02908-5806

Form RI-1040V
2004

ITV062004036360669OO

DO NOT STAPLE OR ATTACH THIS VOUCHER TO YOUR PAYMENT

CELONA, JOHN A
CELONA, KARLEEN A
51 PINEWOOD DR

NO.PROVIDENCE RI 02904

1 ENTER THE FIRST FOUR LETTERS OF YOUR LAST NAME ................ CELO

1040-V

YOUR SOCIAL SECURITY NUMBER

SPOUSE'S NUMBER, IF JOINT PAYMENT

2 ENTER AMOUNT DUE AND PAID.......... $ 1,339.00

RIIA1101 10/25/04

# RI-1040 RHODE ISLAND RESIDENT INDIVIDUAL INCOME TAX RETURN 2004

JOHN A CELONA
KARLEEN A CELONA
51 PINEWOOD DR
NO.PROVIDENCE RI 02904
NO.PROVIDENCE

**Electoral Contribution** — $5.00 ($10.00 if a joint return) See instructions. (This will not increase your tax or reduce your refund.) Check ✓ one. ☐ Yes ☐ No

If you wish the 1st $2.00 ($4.00 if a joint return) to be paid to a specific party, check the 1st box and fill in the name of the political party. If you wish to be paid to a nonpartisan general account, check the 2nd box. ☐ ____ ☐ Nonpartisan general account

**FILING STATUS** — Check only one box ✓ 1 ☐ Single 2 [X] Married filing jointly 3 ☐ Married filing separately 4 ☐ Head of Household 5 ☐ Qualifying widow(er)

**INCOME, TAX AND CREDITS**

Standard deductions (left margin): Single $4,850; Married filing jointly or Qualifying widow(er) $8,150; Married filing separately $4,075; Head of household $7,150. However, people over 65, blind or can be claimed as a dependent, see the RI Deduction Schedules on page 4, check ✓ this box and attach the schedule ☐

Attach Forms W-2 and 1099 here.

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Federal AGI (Adjusted Gross Income) – Federal Form 1040, line 36; 1040A, line 21; 1040EZ, line 4 or Telefile, line I | | 96,070. |
| 2 | Net modifications to Federal AGI (if no modifications, enter zero on this line) – Page 2, Schedule I, line 25 | | 0. |
| 3 | Modified Federal AGI – combine lines 1 and 2 (add net increases or subtract net decreases) | | 96,070. |
| 4 | Deductions – Rhode Island standard deduction (left margin) or amount from Federal Schedule A, line 28, whichever is greater. **If you itemize and line 3 is over $142,700 ($71,350 if married filing separate) see itemized deduction schedule on page 4** | | 31,048. |
| 5 | Subtract line 4 from line 3 | | 65,022. |
| 6 | Exemptions – Enter federal exemptions in box then multiply by $3,100 and enter result in 6. If line 3 is over $107,025, see worksheet on page 1-4 for exemption amount | 4 x $3,100 = | 12,400. |
| 7 | **RHODE ISLAND TAXABLE INCOME** – subtract line 6 from line 5 | | 52,622. |
| 8a | RI income tax — Check only one box: [X] RI Tax Table or Rate Schedules ☐ RI Schedule CGW ☐ RI Schedule D ☐ RI Schedule J ☐ RI-8615 | | 2,108. |
| 8b | Other Rhode Island taxes from page 3, RI Schedule OT, line 14 | | |
| 9 | Rhode Island alternative minimum tax from RI-6251, line 14 | | 0. |
| 10 | Total Rhode Island income tax – add lines 8a, 8b and 9 | | 2,108. |
| 11a | Rhode Island percentage of allowable Federal credits from page 2, schedule II, line 34 | 1. | |
| 11b | Other Rhode Island credits – indicate credit form number(s) ______ attach forms | | |
| 11c | Rhode Island credit for income taxes paid to other states from from page 2, schedule III, line 41 | | |
| 12 | Total Rhode Island credits – add lines 11a, 11b, and 11c | | 1. |
| 13 | Rhode Island income tax after credits – subtract line 12 from line 10 (not less than zero) | | 2,107. |
| 14 | Rhode Island use/sales tax from page 3, Schedule T-205P, line 23 (see instructions) | | |
| 15 | Total Rhode Island tax – add lines 13 and 14 | | 2,107. |
| 16 | Rhode Island checkoff contributions from page 3, schedule IV, line 8 **(contributions reduce your refund or increase your balance due)** | | 0. |
| 17 | **TOTAL RHODE ISLAND TAX AND CHECKOFF CONTRIBUTIONS** – add lines 15 and 16 | | 2,107. |

**PAYMENTS AND PROPERTY TAX RELIEF CREDIT**

Check ✓ if extension is attached ☐

| Line | Description | | Amount |
|---|---|---|---|
| 18a | Rhode Island 2004 income tax withheld (please attach forms W-2, 1099, etc) | 768. | |
| 18b | 2004 estimated tax payments and amount applied from 2003 return | | |
| 18c | Property tax relief credit from RI-1040H, line 15 or 22 (attach Form RI-1040H) | | |
| 18d | Rhode Island earned income credit from page 2, RI Schedule EIC, line 50 | | |
| 18e | Other payments | | |
| 18f | **TOTAL PAYMENTS AND CREDITS** – add lines 18a, 18b, 18c, 18d and 18e | | 768. |

**AMOUNT DUE**

| Line | Description | | Amount |
|---|---|---|---|
| 19 | If line 17 is LARGER than line 18f, Subtract line 18f from line 17. **YOU OWE THIS AMOUNT.** Complete RI-1040V. Check ✓ if RI-2210 or RI-2210A is attached – enter interest due $ ____ or enter zero | | 1,339. |

**REFUND**

| Line | Description | | Amount |
|---|---|---|---|
| 20 | If line 18f is LARGER than line 17, subtract line 17 from 18f. **THIS IS THE AMOUNT YOU OVERPAID** | | |
| 21 | Amount of overpayment to be refunded | | |
| 22 | Amount of overpayment to be applied to 2005 estimated tax | | |

**RETURN MUST BE SIGNED – SIGNATURE LINE IS LOCATED ON PAGE 2**
mail returns to: The RI Division of Taxation – One Capitol Hill – Providence, RI 02908-5806

Form RI-1040 (2004) JOHN A & KARLEEN A CELONA



## RI SCHEDULE I RHODE ISLAND MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

| | | | | |
|---|---|---|---|---|
| 23a Modifications **INCREASING** Federal AGI – income from obligations of any state or its political subdivisions, other than Rhode Island (attach documentation) | 23a | | | |
| b Other modifications **INCREASING** Federal AGI (see instructions – attach documentation) | 23b | | | |
| c Total modifications **INCREASING** Federal AGI – add lines 23a and 23b | | | 23c | |
| 24a Modifications **DECREASING** Federal AGI – income from obligations of the U.S. government included in Federal AGI but exempt from state income taxes (attach documentation) | 24a | | | |
| b Other modifications **DECREASING** Federal AGI (see instructions – attach documentation) | 24b | | | |
| c Total modifications **DECREASING** Federal AGI – add lines 24a and 24b **(Enter as a negative amount)** | | | 24c | |
| 25 **NET MODIFICATIONS TO FEDERAL AGI** – combine lines 23c and 24c (enter here and on page 1, line 2) | | | 25 | |

## RI SCHEDULE II ALLOWABLE FEDERAL CREDITS

| | | | | |
|---|---|---|---|---|
| 26 Rhode Island income tax from page 1, line 10 | | | 26 | 2,108. |
| 27 Foreign tax credit from Federal Form 1040, line 46 | 27 | | | |
| 28 Credit for child and dependent care expenses from Federal Form 1040, line 47 or 1040A, line 29 | 28 | | | |
| 29 Credit for the elderly or the disabled from Federal Form 1040, line 48 or 1040A, line 30 | 29 | | | |
| 30 Federal mortgage interest credit from Federal Form 8396, line 11 | 30 | | | |
| 31 Other federal credits (see instructions for credits) from Federal Form 1040, lines 54 and 69 | 31 | 5. | | |
| 32 Total – add lines 27, 28, 29, 30 and 31 | | | 32 | 5. |
| 33 Tentative allowable federal credits – multiply line 32 by 25% (.025) | | | 33 | 1. |
| 34 **MAXIMUM CREDIT** (line 26 or 33 whichever is **SMALLER**) – Enter here and on page 1, line 11a | | | 34 | 1. |

## RI SCHEDULE III CREDIT FOR INCOME TAXES PAID TO ANOTHER STATE

**NOTE:** Attach signed copy of the other state return.

| | | |
|---|---|---|
| 35 Rhode Island income tax (page 1, line 10) less allowable federal credits (page 2, line 34) | 35 | |
| 36 Adjusted gross income from other state. If more than one state – see instructions | 36 | |
| 37 Modified federal AGI – page 1, line 3 | 37 | |
| 38 Divide line 36 by line 37 | 38 | |
| 39 Tentative credit – multiply line 35 by line 38 | 39 | |
| 40 Tax due and paid to other state (see specific instructions) Insert name of state paid ______ | 40 | |
| 41 **MAXIMUM TAX CREDIT** (line 35, 39 or 40 whichever is the smallest). Enter here and on page 1, line 11c | 41 | |

## RI SCHEDULE EIC RHODE ISLAND EARNED INCOME CREDIT

| | | |
|---|---|---|
| 42 Rhode Island income tax from RI-1040, page 1, line 13 | 42 | |
| 43 Federal earned income credit from Federal Form 1040, line 65; 1040A, line 41; 1040EZ, line 8 or Federal Telefile, line L | 43 | |
| 44 Rhode Island percentage | 44 | 25% |
| 45 Multiply line 43 by line 44 | 45 | |
| 46 Enter the **SMALLER** of line 42 or line 45 | 46 | |
| 47 Subtract line 46 from line 45 **(if zero or less, enter amount from line 46 on line 50. Otherwise, continue to line 48)** | 47 | |
| 48 Refundable percentage | 48 | 5% |
| 49 Rhode Island refundable earned income credit – multiply line 47 by line 48 | 49 | |
| 50 **TOTAL RHODE ISLAND EARNED INCOME CREDIT** – add line 46 and line 49. Enter here and on RI-1040, line 18d | 50 | |

Under penalties of perjury, I declare that I have examined this return, & to the best of my knowledge & belief, it is true, correct & complete.

Your Signature ➡ Date | Spouse's Signature ➡ Date

If you do not need forms mailed to you next year, check box. ✓ ☐ | May the division contact your preparer about this return? Yes ☐ No ☐

Paid preparer's signature and address [signature] | SSN, PTIN or EIN | Telephone Number (401) 353-7700

ROBERT BUCO CPA & ASSOCIATES
1824 MINERAL SPRING AVE
N. PROVIDENCE RI 02904-8938

RIIA0112 02/24/05

# RI-2210 UNDERPAYMENT OF ESTIMATED TAX BY INDIVIDUALS 2004

| Name(s) shown on Form RI-1040 or RI-1040NR | Your Social Security Number |
|---|---|
| JOHN A & KARLEEN A CELONA | |

## PART 1 REQUIRED ANNUAL PAYMENT

| | | | | |
|---|---|---|---|---|
| 1 | Enter your 2004 Rhode Island income tax from RI-1040, line 13 less line 18D or RI-1040NR, line 15 less line 18E | | 1 | 2,107. |
| 2 | Enter 80% of the amount shown on line 1 | 2 1,686. | | |
| 3 | Rhode Island taxes withheld for **2004** from RI-1040, line 18A or RI-1040NR, lines 18A, 18C and 18D | | 3 | 768. |
| 4 | Subtract line 3 from line 1 – (if the result is $250.00 or less do not complete the rest of this form) | | 4 | 1,339. |
| 5 | Enter your **2003** Rhode Island tax from RI-1040, line 13 less line 18D or RI-1040NR, line 15 less line 18D | | 5 | 2,363. |
| 6 | Enter the **SMALLER** of line 2 or line 5 | | 6 | 1,686. |

## PART 2 SHORTCUT METHOD

You can use this method if you meet the following conditions **(Otherwise, you must complete parts 3 and 4 to figure your underestimating interest):**

1 You made no estimated payments **OR** all 4 estimated payments were equal and paid by the appropriate due dates;

2 **AND** you did not complete RI-2210. part 5 (Annualized Income Installment Worksheet).

| | | | |
|---|---|---|---|
| 7 | Enter the amount from Part 1, line 6 above | 7 | 1,686. |
| 8 | Enter the total withholding and estimated tax you paid from RI-1040, lines 18A and 18B or RI-1040NR, lines 18A, 18B, 18C and 18D | 8 | 768. |
| 9 | Underpayment – subtract line 8 from line 7 | 9 | 918. |
| 10 | Multiply line 9 by 7.9808% (.079808) | 10 | 73. |
| 11 | If the amount on line 9 was paid on or after 4/15/05, then enter $0<br>If the amount on line 9 was paid before 4/15/05, then make the following calculation:<br>The amount on line 9 (times) the number of days paid before 4/15/05 (times) .00022 & enter the result here | 11 | 0. |
| 12 | **UNDERESTIMATING INTEREST** – subtract line 11 from line 10 – enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | 12 | 73. |

## PART 3 FIGURE YOUR UNDERPAYMENT

PAYMENT DUE DATES

| | | Column A 04/15/2004 | Column B 06/15/2004 | Column C 09/15/2004 | Column D 01/15/2005 |
|---|---|---|---|---|---|
| 13 Divide the amount on line 6 by four (4) and enter the results in each column | 13 | | | | |
| 14 Annualized income installments from part 5, line 33. **NOTE:** Complete lines 15 through 17 in one column before completing the next column | 14 | | | | |
| 15 Enter the amount from line 13 or line 14 if applicable | 15 | | | | |
| 16 Rhode Island tax withheld and estimated tax paid (If line 16 is equal to or more than line 15 for all installment periods, do not complete or file this form unless you report annualized income installments on line 14) | 16 | | | | |
| 17 **UNDERPAYMENT** – Subtract line 16 from line 15 **OR, OVERPAYMENT** – Subtract line 15 from line 16 | 17 | | | | |

## PART 4 HOW TO FIGURE THE CHARGES

| | | Column A 04/15/2004 | Column B 06/15/2004 | Column C 09/15/2004 | Column D 01/15/2005 |
|---|---|---|---|---|---|
| 18 Payment date or date listed in instructions for line 18, whichever is earlier | 18 | | | | |
| 19 A Number of days from the installment date to date of payment or the due date of the next installment, whichever is earlier | 19A | days | days | days | |
| B Number of days on line 19A / 366 x 12% x underpayment on line 17 | 19B | | | | |
| 20 A Number of days from January 1, 2005 to the date of payment or January 15, 2005, whichever is earlier | | | 20 A | days | |
| B Number of days on line 20A / 366 x 12% x underpayment on line 17 | | | 20 B | | |
| 21 A Number of days from January 15, 2005 to the date of payment or April 15, 2005, whichever is earlier | | | | 21 A | days |
| B Number of days on line 21A / 366 x 12% x underpayment on line 17 | | | | 21 B | |

| | | | |
|---|---|---|---|
| 22 | **UNDERESTIMATING INTEREST** – Total amount from all columns on lines 19B, 20B and 21B<br>Enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | 22 | |

JOHN A & KARLEEN A CELONA

## PART 5 ANNUALIZED INCOME INSTALLMENT WORKSHEET

| **IMPORTANT:** Complete one column lines 23 - 33 before completing the next column. | 01/01/04 03/31/04 | 01/01/04 05/31/04 | 01/01/04 08/31/04 | 01/01/04 12/31/04 |
|---|---|---|---|---|
| 23 Figure your actual taxable income | | | | |
| 24 Annualization amounts | 4 | 2.4 | 1.5 | 1 |
| 25 Multiply the amount on line 23 by the indicator on line 24 | | | | |
| 26 Figure your Rhode Island tax on the amount on line 25 | | | | |
| 27 Applicable percentage | 20% | 40% | 60% | 80% |
| 28 Multiply the amount on line 26 by the applicable percentages on line 27 | | | | |
| 29 Enter the combined amount from line 33 for all preceding periods | | | | |
| 30 Subtract line 29 from line 28 (not less than zero) | | | | |
| 31 Enter the amount from RI-2210, page 1, line 13 for the period plus the amount from line 32 of this worksheet for the preceding period | | | | |
| 32 If line 31 is more than line 30, **SUBTRACT** line 30 from line 31, **OTHERWISE** enter zero | | | | |
| 33 Enter the smaller of line 30 or line 31 here and on page 1, line 14 | | | | |