# EXHIBIT D

Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2005** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning , 2005, ending , 20 OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label.** Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your first name: JOHN | MI: A | Last name: CELONA | Your social security number |
| If a joint return, spouse's first name: KARLEEN | MI: A | Last name: CELONA | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions.: 51 PINEWOOD DR | | Apartment no. | You must enter your social security number(s) above. |
| City, town or post office. If you have a foreign address, see instructions.: NO.PROVIDENCE | State: RI | ZIP code: 02904 | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 [X] Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b [X] **Spouse**

Boxes checked on 6a and 6b: 2
No. of children on 6c who: ● lived with you: 2; ● did not live with you due to divorce or separation (see instrs):
Dependents on 6c not entered above:
Add numbers on lines above ▶ 4

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| JOHN A CELONA JR | | Son | X |
| CHRISTOPHER J CELONA | | Son | X |
| | | | |
| | | | |

If more than four dependents, see instructions.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 99,839. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 353. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualfd divs (see instrs) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 1,034. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a; b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities — 16a; b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 101,226. |

**Adjusted Gross Income**

| Line | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 73. | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction (see instructions) | 32 | | | |
| 33 | Student loan interest deduction (see instructions) | 33 | | | |
| 34 | Tuition and fees deduction (see instructions) | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 - 31a and 32 - 35 | | | 36 | 73. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | | 37 | 101,153. |

Form 1040 (2005) JOHN A & KARLEEN A CELONA Page 2

## Tax and Credits

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | | | 38 | 101,153. |
| 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ► 39a ☐ | | | | |
| b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ► 39b ☐ | | | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 40 | 37,129. |
| 41 | Subtract line 40 from line 38 | | | 41 | 64,024. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | | 42 | 12,800. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 51,224. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | | 44 | 6,954. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | | 45 | |
| 46 | Add lines 44 and 45 ► | | | 46 | 6,954. |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | | |
| 50 | Education credits. Attach Form 8863 | 50 | | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | 2,000. | | |
| 53 | Adoption credit. Attach Form 8839 | 53 | | | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | | | |
| 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | | |
| 56 | Add lines 47 through 55. These are your **total credits** | | | 56 | 2,000. |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | | | 57 | 4,954. |

**Standard Deduction for –**
- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

## Other Taxes

| Line | Description | Line | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | 146. |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57-62. This is your total tax ► | 63 | 5,100. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,506. | | |
| 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | | |
| 66a | **Earned income credit (EIC)** | 66a | | | |
| b | Nontaxable combat pay election ► 66b | | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | | | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| 69 | Amount paid with request for extension to file (see instructions) | 69 | | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ► | | | 71 | 1,506. |

## Refund

Direct deposit? See instructions and fill in 73b, 73c, and 73d.

| Line | Description | Line | Amount |
|---|---|---|---|
| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 72 | |
| 73a | Amount of line 72 you want **refunded to you** ► | 73a | |
| ► b | Routing number ► c Type: ☐ Checking ☐ Savings | | |
| ► d | Account number | | |
| 74 | Amount of line 72 you want applied to your 2006 estimated tax ► 74 | | |

## Amount You Owe

| Line | Description | Line | Amount |
|---|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ► | 75 | 3,594. |
| 76 | Estimated tax penalty (see instructions) 76 | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No

Designee's name ► Preparer Phone no. ► Personal identification number (PIN) ►

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | MORTGAGE BROKER | |
| **Spouse's signature. If a joint return, both must sign.** | **Date** | **Spouse's occupation** | |
| | | SALES CLERK | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | (signature) | Date 11/01/2006 | Check if self-employed ☒ Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code | ROBERT BUCO CPA & ASSOCIATES | | |
| | 1824 MINERAL SPRING AVE | | EIN |
| | N. PROVIDENCE RI 02904 | | Phone no. (401) 353-7700 |

Form 1040 (2005)

FDIA0112 11/07/05

**SCHEDULE A (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**2005**
Attachment Sequence No. 07

Name(s) shown on Form 1040: JOHN A & KARLEEN A CELONA

Your social security number:

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 ..... 2 | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes (see instructions) | 5 | 2,324. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 4,563. | | |
| | 7 | Personal property taxes | 7 | 962. | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 7,849. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 24,427. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 353. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 24,780. |
| **Gifts to Charity** | 15a | Total gifts by cash or check. If you made any gift of $250 or more, see instrs | 15a | 1,500. | | |
| If you made a gift and got a benefit for it, see instructions. | b | Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see instructions) ..... 15b | | | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 3,000. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15a, 16, & 17 | | | 18 | 4,500. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 20 | Unreimbursed employee expenses – job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | | | |
| (See instructions.) | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses – investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 38 ..... 24 | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other – from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $145,950 (over $72,975 if MFS)? [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | ► 28 | 37,129. |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | | |

**SCHEDULE C-EZ**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Net Profit From Business

**(Sole Proprietorship)**

► Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.

► Attach to Form 1040 or 1041. ► See instructions.

OMB No. 1545-0074

**2005**

Attachment Sequence No. **09A**

Name of proprietor: JOHN A CELONA

Social security number (SSN):

## Part I General Information

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file Form 4562, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service: INTERNET SALES

**B Enter code from instructions** ► 454112

**C** Business name. If no separate business name, leave blank.

**D Employer ID number (EIN), if any**

**E** Business address (including suite or room number). Address not required if same as on Form 1040, page 1.
51 PINEWOOD DR
City, town or post office, state, and ZIP code
NO.PROVIDENCE, RI 02904

## Part II Figure Your Net Profit

| | | | |
|---|---|---|---|
| 1 | **Gross receipts. Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ► ☐ | 1 | 1,550. |
| 2 | **Total expenses** (see instructions). If more than $5,000, you **must** use Schedule C | 2 | 516. |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 1,034. |

## Part III Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

4 When did you place your vehicle in service for business purposes? (month, day, year) ► __________

5 Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

a Business __________ b Commuting (see instructions) __________ c Other __________

6 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

7 Was your vehicle available for personal use during off-duty hours? ☐ Yes ☐ No

8a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If 'Yes,' is the evidence written? ☐ Yes ☐ No

**SCHEDULE SE (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Self-Employment Tax

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2005**

Attachment Sequence No. 17

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► | |
|---|---|---|
| JOHN A CELONA | | |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?




## Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 1,034. |
| 3 | Combine lines 1 and 2 | 3 | 1,034. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 955. |
| 5 | **Self-employment tax.** If the amount on line 4 is: • $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** • More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 146. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** — 6 — 73. | | |

Form **4952**

Department of the Treasury Internal Revenue Service (99)

# Investment Interest Expense Deduction

► Attach to your tax return.

OMB No. 1545-0191

**2005**

Attachment Sequence No. **51**

Name(s) shown on return: JOHN A & KARLEEN A CELONA

Identifying number:

## Part I Total Investment Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2005 (see instructions) | | 1 | 946. |
| 2 | Disallowed investment interest expense from 2004 Form 4952, line 7 | | 2 | 4,249. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | | 3 | 5,195. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 353. | | |
| b | Qualified dividends included on line 4a | 4b | | | |
| c | Subtract line 4b from line 4a | | | 4c | 353. |
| d | Net gain from the disposition of property held for investment | 4d | | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | | |
| f | Subtract line 4e from line 4d | | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 353. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 353. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2006. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 4,842. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 353. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **8283** (Rev December 2005)
Department of the Treasury
Internal Revenue Service

# Noncash Charitable Contributions

► Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
► See separate instructions.

OMB No. 1545-0908
Attachment Sequence No. 155

Name(s) shown on your income tax return: JOHN A & KARLEEN A CELONA

Identifying number:

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

## Section A. Donated Property of $5,000 or Less and Certain Publicly Traded Securities — List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

### Part I Information on Donated Property — If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property (For a donated vehicle, enter the year, make, model, condition, and mileage) |
|---|---|---|
| A | RI HERITAGE HALL OF FAME<br>PROVIDENCE, RI | ARTWORK |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value (see instructions) | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 11/01/2005 | 01/2001 | GIFTS | | 3,000. | BAZAAR PROCEEDS |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

### Part II Partial Interests and Restricted Use Property — Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

2a Enter the letter from Part I that identifies the property for which you gave less than an entire interest ► ______
If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ► ______
(2) For any prior tax years ► ______

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee) ______

Address (number, street, and room or suite no.) ______

City or town ______ State ______ ZIP code ______

d For tangible property, enter the place where the property is located or kept ► ______

e Name of any person, other than donee organization, having actual possession of the property ► ______

| | Yes | No |
|---|---|---|
| 3a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

DETACH HERE AND MAIL WITH YOUR PAYMENT

**RI-1040V** **STATE OF RHODE ISLAND Payment Voucher** **2005**

DIVISION OF TAXATION • ONE CAPITOL HILL, PROVIDENCE, RI 02908-5806

ITV06200503636066900

DO NOT STAPLE OR ATTACH THIS VOUCHER TO YOUR PAYMENT

CELONA, JOHN A
CELONA, KARLEEN A
51 PINEWOOD DR

NO.PROVIDENCE RI 02904

3 ENTER THE FIRST FOUR LETTERS OF YOUR LAST NAME ................ CELO

**1040-V**

2 Your Social Security Number

Spouse's Social Security Number, if joint payment

4 ENTER AMOUNT ENCLOSED ............ $ 1,350. 00

RIIA1101 12/19/05

# RI-1040 RHODE ISLAND RESIDENT 2005 INDIVIDUAL INCOME TAX RETURN

JOHN A CELONA
KARLEEN A CELONA
51 PINEWOOD DR
NO.PROVIDENCE RI 02904
NO.PROVIDENCE

**ELECTORAL CONTRIBUTION** — If you want $5.00 ($10.00 if a joint return) to go to this fund, check here. (See instructions. This will not increase your tax or reduce your refund.) ☐ Yes — If you wish the 1st $2.00 ($4.00 if a joint return) to be paid to a specific party, check the box and fill in the name of the political party. Otherwise, it will be paid to a partisan general account. ☐

**FILING STATUS** — Check only one box: 1 ☐ Single 2 [X] Married filing jointly 3 ☐ Married filing separately 4 ☐ Head of Household 5 ☐ Qualifying widow(er)

**INCOME, TAX AND CREDITS**

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Federal AGI (Adjusted Gross Income) – Federal Form 1040, line 37; 1040A, line 21; 1040EZ, line 4 or Telefile, line I | 1 | 101,153. |
| 2 | Net modifications to Federal AGI (if no modifications, enter zero on this line) – Page 2, Schedule I, line 25 | 2 | -248. |
| 3 | Modified Federal AGI – combine lines 1 and 2 (add net increases or subtract net decreases) | 3 | 100,905. |
| 4 | Deductions – Rhode Island standard deduction (left margin) or amount from Federal Schedule A, line 28, whichever is greater. If you itemize and line 3 is over $145,950 ($72,975 if married filing separate) see itemized deduction schedule on page 4 | 4 | 37,129. |
| 5 | Subtract line 4 from line 3 | 5 | 63,776. |
| 6 | Exemptions – Enter federal exemptions in box then multiply by $3,200 and enter result in 6. If line 3 is over $109,475 or you provided housing for a person displaced by Hurricane Katrina, see worksheet for exemption amount — 4 x $3,200 = | 6 | 12,800. |
| 7 | RHODE ISLAND TAXABLE INCOME – subtract line 6 from line 5 | 7 | 50,976. |
| 8a | RI income tax — Check only one box: [X] RI Tax Table or Tax Computation Worksheet ☐ RI Schedule CGW ☐ RI Schedule D ☐ RI Schedule J ☐ RI-8615 | 8a | 1,955. |
| b | Other Rhode Island taxes from page 3, RI Schedule OT, line 14 | 8b | |
| 9 | Rhode Island alternative minimum tax from RI-6251, line 14 | 9 | 0. |
| 10 | Total Rhode Island income tax – add lines 8a, 8b and 9 | 10 | 1,955. |
| 11a | Rhode Island percentage of allowable Federal credits from page 2, schedule II, line 34 | 11a | |
| b | Other Rhode Island credits – indicate credit form number(s) ______ attach forms | 11b | |
| c | Rhode Island credit for income taxes paid to other states from from page 2, schedule III, line 41 | 11c | |
| 12 | Total Rhode Island credits – add lines 11a, 11b, and 11c | 12 | |
| 13 | Rhode Island income tax after credits – subtract line 12 from line 10 (not less than zero) | 13 | 1,955. |
| 14 | Rhode Island use/sales (see instructions) | 14 | |
| 15 | Total Rhode Island tax – add lines 13 and 14 | 15 | 1,955. |
| 16 | Rhode Island checkoff contributions from page 3, schedule IV, line 8 (contributions reduce your refund or increase your balance due) | 16 | 0. |
| 17 | TOTAL RHODE ISLAND TAX AND CHECKOFF CONTRIBUTIONS – add lines 15 and 16 | 17 | 1,955. |

Standard deductions (left margin): Single $5,000; Married filing jointly or Qualifying widow(er) $8,300; Married filing separately $4,150; Head of household $7,300. However, people over 65, blind or can be claimed as a dependent, see the RI Deduction Schedules on page 4, check ✓ this box and attach the schedule. ☐

Attach Forms W-2 and 1099 here.

**PAYMENTS AND PROPERTY TAX RELIEF CREDIT**

| Line | Description | Box | Amount |
|---|---|---|---|
| 18a | Rhode Island 2005 income tax withheld (please attach forms W-2, 1099, etc) | 18a | 605. |
| b | 2005 estimated tax payments and amount applied from 2004 return | 18b | |
| c | Property tax relief credit from RI-1040H, line 15 or 22 (attach Form RI-1040H) | 18c | |
| d | Rhode Island earned income credit from page 2, RI Schedule EIC, line 50 | 18d | |
| e | Other payments | 18e | |
| f | TOTAL PAYMENTS AND CREDITS – add lines 18a, 18b, 18c, 18d and 18e | 18f | 605. |

Check ✓ if extension is attached. ☐

**AMOUNT DUE**

| Line | Description | Box | Amount |
|---|---|---|---|
| 19 | If line 17 is LARGER than line 18f, subtract line 18f from line 17. YOU OWE THIS AMOUNT. Complete RI-1040V. Check ✓ ☐ if RI-2210 or RI-2210A is attached – enter interest due $ ______ or enter zero | 19 | 1,350. |

**REFUND**

| Line | Description | Box | Amount |
|---|---|---|---|
| 20 | If line 18f is LARGER than line 17, subtract line 17 from 18f. THIS IS THE AMOUNT YOU OVERPAID | 20 | |
| 21 | Amount of overpayment to be refunded | 21 | |
| 22 | Amount of overpayment to be applied to 2006 estimated tax | 22 | |

**RETURN MUST BE SIGNED – SIGNATURE LINE IS LOCATED ON PAGE 2**
mail returns to: The RI Division of Taxation – One Capitol Hill – Providence, RI 02908-5806

## RI SCHEDULE I RI MODIFICATIONS TO FEDERAL AGI

| Line | Description | | | | |
|---|---|---|---|---|---|
| 23a | Modifications **INCREASING** Federal AGI – income from obligations of any state or its political subdivisions, other than Rhode Island (attach documentation) | 23a | | | |
| b | Other modifications **INCREASING** Federal AGI (see instructions – attach documentation) | 23b | | | |
| c | Total modifications **INCREASING** Federal AGI – add lines 23a and 23b | | | 23c | |
| 24a | Modifications **DECREASING** Federal AGI – income from obligations of the U.S. government included in Federal AGI but exempt from state income taxes (attach documentation) | 24a | 248. | | ☐ If this is a RI Jobs Growth Act Modification check this box. |
| b | Other modifications **DECREASING** Federal AGI (see instructions – attach documentation) | 24b | | | |
| c | Total modifications **DECREASING** Federal AGI – add lines 24a and 24b (**Enter as a negative amount**) | | | 24c | -248. |
| 25 | **NET MODIFICATIONS TO FEDERAL AGI** – combine lines 23c and 24c (enter here and on page 1, line 2) | | | 25 | -248. |

## RI SCHEDULE II ALLOWABLE FEDERAL CREDITS

| Line | Description | | | | |
|---|---|---|---|---|---|
| 26 | Rhode Island income tax from page 1, line 10 | | | 26 | |
| 27 | Foreign tax credit from Federal Form 1040, line 47 | 27 | | | |
| 28 | Credit for child and dependent care expenses from Federal Form 1040, line 48 or 1040A, line 29 | 28 | | | |
| 29 | Credit for the elderly or the disabled from Federal Form 1040, line 49 or 1040A, line 30 | 29 | | | |
| 30 | Federal mortgage interest credit from Federal Form 8396, line 11 | 30 | | | |
| | | | [redacted] | | |
| 31b | Other federal credits (see instructions for credits) from Federal Form 1040, lines 55 and 70 | 31b | | | |
| 32 | Total – add lines 27, 28, 29, 30 and 31a and 31b | | | 32 | |
| 33 | Tentative allowable federal credits – multiply line 32 by 25% (.025) | | | 33 | |
| 34 | **MAXIMUM CREDIT** (line 26 or 33 whichever is **SMALLER**) – Enter here and on page 1, line 11a | | | 34 | |

## RI SCHEDULE III CREDIT FOR INCOME TAXES PAID TO ANOTHER STATE

**NOTE:** Attach signed copy of the other state return.

| Line | Description | | |
|---|---|---|---|
| 35 | Rhode Island income tax (page 1, line 10) less allowable federal credits (page 2, line 34) | 35 | |
| 36 | Adjusted gross income from other state. If more than one state – see instructions | 36 | |
| 37 | Modified federal AGI – page 1, line 3 | 37 | |
| 38 | Divide line 36 by line 37 | 38 | |
| 39 | Tentative credit – multiply line 35 by line 38 | 39 | |
| 40 | Tax due and paid to other state (see specific instructions) Insert name of state paid ______ | 40 | |
| 41 | **MAXIMUM TAX CREDIT** (line 35, 39 or 40, whichever is the **SMALLEST**). Enter here and on page 1, line 11c | 41 | |

## RI SCHEDULE EIC RHODE ISLAND EARNED INCOME CREDIT

| Line | Description | | |
|---|---|---|---|
| 42 | Rhode Island income tax from RI-1040, page 1, line 13 | 42 | |
| 43 | Federal earned income credit from Federal Form 1040, line 66a; 1040A, line 41a; 1040EZ, line 8a or Federal Telefile, line L | 43 | |
| 44 | Rhode Island percentage | 44 | 25% |
| 45 | Multiply line 43 by line 44 | 45 | |
| 46 | Enter the **SMALLER** of line 42 or line 45 | 46 | |
| 47 | Subtract line 46 from line 45 (**if zero or less, enter amount from line 46 on line 50. Otherwise, continue to line 48**) | 47 | |
| 48 | Refundable percentage | 48 | 10% |
| 49 | Rhode Island refundable earned income credit – multiply line 47 by line 48 | 49 | |
| 50 | **TOTAL RHODE ISLAND EARNED INCOME CREDIT** – add line 46 and line 49. Enter here and on RI-1040, line 18d | 50 | |

Under penalties of perjury, I declare that I have examined this return, & to the best of my knowledge & belief, it is true, correct & complete.

Your Signature → Date | Spouse's Signature → Date

If you do not need forms mailed to you next year, check box. ✓ ☐ | May the division contact your preparer about this return? Yes ☐

Paid preparer's signature and address | SSN, PTIN or EIN | Telephone Number

(401) 353-7700

ROBERT BUCO CPA & ASSOCIATES
1824 MINERAL SPRING AVE
N. PROVIDENCE RI 02904

RIIA0112 01/30/06

# RI-2210 UNDERPAYMENT OF ESTIMATED TAX BY INDIVIDUALS 2005

| Name(s) shown on Form RI-1040 or RI-1040NR | Your Social Security Number |
|---|---|
| JOHN A & KARLEEN A CELONA | |

## PART 1 REQUIRED ANNUAL PAYMENT

| | | | |
|---|---|---|---|
| 1 | Enter your 2005 Rhode Island income tax from RI-1040, line 13 less line 18D or RI-1040NR, line 15 less line 18E | 1 | 1,955. |
| 2 | Enter 80% of the amount shown on line 1 ... 2 1,564. | | |
| 3 | Rhode Island taxes withheld for 2005 from RI-1040, line 18A or RI-1040NR, lines 18A, 18C and 18D | 3 | 605. |
| 4 | Subtract line 3 from line 1 – (if the result is $250.00 or less do not complete the rest of this form) | 4 | 1,350. |
| 5 | Enter your 2004 Rhode Island tax from RI-1040, line 13 less line 18D or RI-1040NR, line 15 less line 18E | 5 | 1,755. |
| 6 | Enter the **SMALLER** of line 2 or line 5 | 6 | 1,564. |

## PART 2 SHORTCUT METHOD

You can use this method if you meet the following conditions (Otherwise, you must complete parts 3 and 4 to figure your underestimating interest):

1. You made no estimated payments **OR** all 4 estimated payments were equal and paid by the appropriate due dates;
2. **AND** you did not complete RI-2210, part 5 (Annualized Income Installment Worksheet).

| | | | |
|---|---|---|---|
| 7 | Enter the amount from Part 1, line 6 above | 7 | 1,564. |
| 8 | Enter the total withholding and estimated tax you paid from RI-1040, lines 18A and 18B or RI-1040NR, lines 18A, 18B, 18C and 18D | 8 | 605. |
| 9 | Underpayment – subtract line 8 from line 7 | 9 | 959. |
| 10 | Multiply line 9 by 7.9808% (.079808) | 10 | 77. |
| 11 | If the amount on line 9 was paid on or after 4/15/06, then enter $0<br>If the amount on line 9 was paid before 4/15/06, then make the following calculation:<br>The amount on line 9 (times) the number of days paid before 4/15/06 (times) .00022 & enter the result here | 11 | 0. |
| 12 | **UNDERESTIMATING INTEREST** – subtract line 11 from line 10 – enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | 12 | 77. |

## PART 3 FIGURE YOUR UNDERPAYMENT

PAYMENT DUE DATES

| | | Column A 04/15/2005 | Column B 06/15/2005 | Column C 09/15/2005 | Column D 01/15/2006 |
|---|---|---|---|---|---|
| 13 Divide the amount on line 6 by four (4) and enter the results in each column | 13 | | | | |
| 14 Annualized income installments from part 5, line 33. **NOTE:** Complete lines 15 through 17 in one column before completing the next column | 14 | | | | |
| 15 Enter the amount from line 13 or line 14 if applicable | 15 | | | | |
| 16 Rhode Island tax withheld and estimated tax paid (If line 16 is equal to or more than line 15 for all installment periods, do not complete or file this form unless you report annualized income installments on line 14) | 16 | | | | |
| 17 **UNDERPAYMENT** – Subtract line 16 from line 15 **OR, OVERPAYMENT** – Subtract line 15 from line 16 | 17 | | | | |

## PART 4 HOW TO FIGURE THE CHARGES

| | | Column A 04/15/2005 | Column B 06/15/2005 | Column C 09/15/2005 | Column D 01/15/2006 |
|---|---|---|---|---|---|
| 18 Payment date or date listed in instructions for line 18, whichever is earlier | 18 | | | | |
| 19 A Number of days from the installment date to date of payment or the due date of the next installment, whichever is earlier | 19A | days | days | days | |
| B Number of days on line 19A / 365 x 12% x underpayment on line 17 | 19B | | | | |

| | | |
|---|---|---|
| 20 A Number of days from January 1, 2006 to the date of payment or January 15, 2006, whichever is earlier | 20 A | days |
| B Number of days on line 20A / 365 x 12% x underpayment on line 17 | 20 B | |
| 21 A Number of days from January 15, 2006 to the date of payment or April 15, 2006, whichever is earlier | 21 A | days |
| B Number of days on line 21A / 365 x 12% x underpayment on line 17 | 21 B | |

| | | |
|---|---|---|
| 22 **UNDERESTIMATING INTEREST** – Total amount from all columns on lines 19B, 20B and 21B. Enter here and in the space provided on RI-1040 or RI-1040NR, line 19 | 22 | |

JOHN A & KARLEEN A CELONA

## PART 5 ANNUALIZED INCOME INSTALLMENT WORKSHEET

| **IMPORTANT:** Complete one column lines 23 - 33 before completing the next column. | 01/01/05 03/31/05 | 01/01/05 05/31/05 | 01/01/05 08/31/05 | 01/01/05 12/31/05 |
|---|---|---|---|---|
| 23 Figure your actual taxable income. | | | | |
| 24 Annualization amounts | 4 | 2.4 | 1.5 | 1 |
| 25 Multiply the amount on line 23 by the indicator on line 24 | | | | |
| 26 Figure your Rhode Island tax on the amount on line 25 | | | | |
| 27 Applicable percentage | 20% | 40% | 60% | 80% |
| 28 Multiply the amount on line 26 by the applicable percentages on line 27 | | | | |
| 29 Enter the combined amount from line 33 for all preceding periods | | | | |
| 30 Subtract line 29 from line 28 (not less than zero) | | | | |
| 31 Enter the amount from RI-2210, page 1, line 13 for the period plus the amount from line 32 of this worksheet for the preceding period | | | | |
| 32 If line 31 is more than line 30, **SUBTRACT** line 30 from line 31, **OTHERWISE** enter zero. | | | | |
| 33 Enter the smaller of line 30 or line 31 here and on page 1, line 14 | | | | |

RIIA0712 01/03/06

Rhode Island

# Other Modifications

**2005**

For use with Form RI-1040 or RI-1040NR, lines 23 and 24

Name as Shown on Return: JOHN A & KARLEEN A CELONA

Social Security Number:

## Modifications Increasing Federal Adjusted Gross Income

| | | |
|---|---|---|
| A Income from obligations of any state or its political subdivision, other than RI. Enter here and on RI-1040, line 23A, or RI-1040NR, line 23A | A | |
| B 1 RI fiduciary adj. as beneficiary of an estate or trust under Section 44-30-17 | B 1 | |
| 2 Income distributed to a resident beneficiary of a trust which was previously taxed to the grantor of the trust for federal income tax purposes but was not taxable as investment income prior to the amendment of Section 44-28-7(d) | 2 | |
| 3 Interest on indebtedness incurred or continued to purchase or carry obligations or securities the income of which is exempt from RI personal income tax, to the extent such interest was deducted in determining fed AGI or taxable income | 3 | |
| 4 Bonus Depreciation & Section 179 Expense - Net adjustment if positive | 4 | |
| 5 Family Education Accounts | 5 | |
| 6 Other modifications: | 6 | |
| 7 **Total B 1-6.** Enter on Form RI-1040, line 23B, or RI-1040NR, line 23B | 7 | |

## Modifications Decreasing Federal Adjusted Gross Income

| | | |
|---|---|---|
| A Income from obligations of the U.S. government included in Federal AGI but exempt from state income taxes. Enter here and on RI-1040, line 24A, or RI-1040NR, line 24A | A | 248. |
| B 1 RI fiduciary adj. as beneficiary of an estate or trust under Section 44-30-17 | B 1 | |
| 2 Interest or dividend income on obligations or securities of any authority, commision or instrumentality of the United States to the extent included in gross income for federal income tax purposes but exempt from state income taxes under the laws of the United States | 2 | |
| 3 Elective deduction for new R & D facilities (attach RI-1040RD) | 3 | |
| 4 Railroad Retirement benefits included in gross income for federal income tax purposes but exempt from state income taxes under the laws of the U.S. | 4 | |
| 5 Qualifying investment in a certified venture capital partnership | 5 | |
| 6 Family Education Accounts - Enter amount of modification decreasing federal AGI from RI-1040FEA | 6 | |
| 7 Tuition Savings Program (Section 529 Accounts) - Contributions made to an account under the tuition savings program (Max: $500, or $1,000 if joint return) | 7 | |
| 8 Exemptions from tax on profit or gain for writers, composers and artists residing within a section of the defined Economic Development Zone within the cities of Pawtucket & Providence and the Town of Westerly & creating artistic works while a resident of the Zone (submit schedule) | 8 | |
| 9 Bonus Depreciation & Section 179 Expense - Net adjustment if negative | 9 | |
| 10 Rhode Island Jobs Growth Act - Allowable modification for performance based compensation realized by an eligible employee | 10 | |
| 11 Other modifications: | 11 | |
| 12 **Total B 1-10.** Enter on Form RI-1040, line 24B, or RI-1040NR, line 24B | 12 | |

riiw8902.SCR 01/02/06

# EXHIBIT E

Form **1040X** (Rev. November 2007)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0074

**This return is for calendar year ▶ , or fiscal year ended ▶**

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 3 of the instructions. | | |

**A** If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? . . . ▶ ☐ **Yes** ☐ **No**

**B** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 3 of the instructions.

| Use Part II on the back to explain any changes | | A. Original amount or as previously adjusted (see page 3) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | | | |
| 2 Itemized deductions or standard deduction (see page 4) | 2 | | | |
| 3 Subtract line 2 from line 1 | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on the back (see page 4) | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | | | |
| **Tax Liability** 6 Tax (see page 5). Method used in col. C ____ | 6 | | | |
| 7 Credits (see page 5) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | | | |
| 9 Other taxes (see page 5) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | | | |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits: Federal telephone excise tax or from Forms 2439, 4136, 8885, or 8801 (if refundable) | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 6) | 20 | |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 6 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | |
| 23 Amount of line 22 you want **refunded to you** | 23 | |
| 24 Amount of line 22 you want **applied to your** estimated tax \| 24 \| | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, **both** must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form 1040X (Rev. 11-2007) Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

Complete this part **only** if you are:

- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. | 30 | | | |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006 (see instructions for line 4). Otherwise enter -0- . . . . . . . | 31 | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 . . . . . . . | 32 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 4 if the amount on line 1 is over: |
|---|---|---|
| 2007 | $3,400 | $117,300 |
| 2006 | 3,300 | 112,875 |
| 2005 | 3,200 | 109,475 |
| 2004 | 3,100 | 107,025 |

33 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 6) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of children on 33 who:

- lived with you . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 6) . ▶ ☐

Dependents on 33 not entered above ▶ ☐

**Part II** **Explanation of Changes**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . ▶ ☐

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . ▶ ☐