**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 07-09 MML** |
| | : | |
| **JOHN R. KRAMER and** | : | |
| **CARLOS ORTIZ.** | : | |
| | : | |

**UNITED STATES' RESPONSE TO**
**COURT'S PROPOSED FINAL JURY INSTRUCTION**
**ON THE CLASS EXCEPTION IN HONEST SERVICES MAIL FRAUD**

The United States respectfully files this Response to the Court's Proposed Final Jury Instructions concerning proposed Instruction Number 2(i): "The 'Class Exception' in Honest Services Mail Fraud."

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
stephen.dambruch@usdoj.gov

WILLIAM M. WELCH, II
Chief, Public Integrity Section

/s/ Daniel A. Petalas
DANIEL A. PETALAS
Trial Attorney
Criminal Division
1400 New York Avenue N.W., 12th Fl.
Washington, D.C. 20530
(202) 514-1412 - phone
(202) 514-3003 - fax
dan.petalas@usdoj.gov

Pursuant to the directions of the Court during the charging conference held May 28, 2008, and without conceding the issue or waiving any objection to the inclusion of an instruction on Rhode Island state law generally or specifically concerning the so-called “Class Exception,” the government respectfully submits the following alternative language for the Court’s consideration in fashioning such a charge. The same language was provided to the Court and parties by hand delivery during that conference.

i. THE ‘CLASS EXCEPTION’ IN HONEST SERVICES MAIL FRAUD

In this case, the Indictment charges that the defendants intentionally engaged in a scheme to deprive the citizens of Rhode Island of the honest services of John Celona, a Rhode Island State legislator.

In this regard, I should tell you several things about Rhode Island's system of government and laws regarding its state legislators. Rhode Island State legislators are members of the community who serve only part-time in the State legislature. Accordingly, Rhode Island State law permits legislators to hold jobs outside of the legislature. Two provisions of Rhode Island State law address the ability of legislators to act on matters affecting their outside financial interests.

First, Rhode Island State law contains a provision known as the “Class Exception.” This provision permits a legislator to take action on legislation that would affect the legislator’s financial interest to no greater or lesser extent than the interests of all of the members of the affected group or profession to which the legislator belongs. This Class Exception is based on the understanding that voters who elect a legislator should be aware of the means by which a particular candidate earns his living. If the voters do not want a particular candidate to be a

member of the legislature because of the legislator's personal financial interests, the voters have the option of electing the candidate's opponent.

Second, Rhode Island State law also contains a provision that mandates certain written disclosures by legislators. In the event a legislator is required to take action on legislation that can reasonably be expected to directly result in an economic benefit to the legislator or to any business by which he is employed or that he represents, the legislator must deliver a written, sworn statement to the Ethics Commission of the State of Rhode Island, describing the matter requiring action, the nature of the potential conflict, and explaining why, despite the potential conflict, the legislator is able to vote or otherwise participate fairly, objectively, and in the public interest.

Each of these provisions of Rhode Island State law impose duties only on the legislator, not on private citizens or entities. Further, Rhode Island State law does not prohibit private citizens or entities who have hired a legislator from communicating with that legislator about legislation that might be of interest to them. Indeed, every citizen has a right to try to convince an elected official to support or oppose legislation in which that person has an interest. However, honest services mail fraud is a federal crime, and the government is not required to show the alleged participant violated a state law.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2008, I caused the within Response to be filed electronically and that it is available for viewing and downloading from the ECF system.

Electronic notification:

David B. Fein, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06911

Mark L. Smith
Law Offices of Mark L. Smith
176 Eddie Dowling Highway, Suite 101
North Smithfield, RI 02896

Thomas R. Kiley, Esq.
Cosgrove, Eisenberg and Kiley
One International Place, Suite 1820
Boston, MA 02110

Peter DiBiase, Esq.
91 Friendship Street, 3rd Floor
Providence, RI 02903

Anthony Traini, Esq.
56 Pine Street, Suite 200
Providence, RI 02903

/s/ Daniel A. Petalas
DANIEL A. PETALAS
Trial Attorney