AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

USA

V.

John Kramer/Carlos Ortiz

**EXHIBIT AND WITNESS LIST**

Case Number: CR 07-009-01/02ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | GOVT: S. Dambruch; D. Petalas | FeinCorriganDiBiase/KileySmithTraini |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| May 12-16, 19-23, 27-30, 2008 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 362 | | 5/12/2008 | | x | STIPULATION re: Any Willing Provider Legislation |
| 363 | | 5/12/2008 | | x | STIPULATION as to exhibits admitted as "full" >>>> as revised on 5/27/2008 |
| | | | | | >>>>> 5/12/2008 W-1: John Fegan |
| 1 | | 5/12/2008 | | x | Freedom of Choice |
| | M5 | 5/12/2008 | | x | Freedom of Choice |
| | N5 | 5/12/2008 | | x | Report of House Committee 4/8/99 |
| | O5 | 5/12/2008 | | x | Freedom of Choice |
| | W5 | 5/12/2008 | | x | Letter to E. King from P. Phillipes 5/3/99 |
| | Y5 | 5/12/2008 | | x | Stop & Shop Interoffice Memo 6/9/99 |
| 5 | | 5/12/2008 | | x | Freedom of Choice |
| | U5 | 5/12/2008 | | x | Letter to J. Fegan from J. Celona 6/16/98 |
| | X5 | 5/12/2008 | | x | Letter to J. Celona from J. Fegan 7/20/98 |
| | Z5 | 5/12/2008 | | x | Letter to J. Celona from J. Fegan 5/22/98 |
| | | | | | >>>>>> 5/13/2008 Examination of W-1 (J. Fegan) resumes. |
| | | | | | >>>>>> 5/13/2008 W-2: Paul DeRoche |
| | D6 | 5/13/2008 | | x | DeRoche legislation testimony |
| | | | | | >>>>>> 5/13/2008 W-3: Joseph Walsh |
| 26 | | 5/13/2008 | | x | Letter to J. Kramer from J. Walsh 4/8/98 |
| 34 | | 5/13/2008 | | x | Monthy Lobbying Report - Joseph Walsh - January/February 2000 |
| 38 | | 5/13/2008 | | x | Monthly Lobbying Report - Joseph Walsh - May 2001 |
| 51 | | 5/13/2008 | | x | Memo from G. Wolfe to J. Walsh 12/3/01 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 364 | | 5/13/2008 | | x | E-mail from C. Ortiz to J. Walsh 3/9/01 |
| 355 | | 5/13/2008 | | x | E-mail from C. Ortiz to J. Walsh, G. Wolfe, P. DeRoche 2/10/03 |
| 43 | | 5/13/2008 | | x | Final Lobbyist Report - J. Walsh - 2003 |
| 11 | | 5/13/2008 | | x | Act re: Food and Drugs |
| 9 | | 5/13/2008 | | x | Act re: Canadian Pharmacies |
| 8 | | 5/13/2008 | | x | Freedom of Choice |
| 354 | | 5/13/2008 | | x | E-mail from C. Ortiz to J. Walsh & P. DeRoche 2/7/03 |
| 366 | | 5/13/2008 | | x | Legislation - Bill #299 |
| 367 | | 5/13/2008 | | x | Senate Bills tracking |
| | F2 | 5/13/2008 | | x | Legislative spreadsheet |
| | B9 | 5/13/2008 | | x | Canadian Pharmacies Legislation 2000 |
| | D9 | 5/13/2008 | | x | Senate Committee on Corporations Roll Call Vote 5/28/02 |
| | E2 | 5/13/2008 | | x | `Legislative spreadsheet |
| | Z15 | 5/13/2008 | | x | Monthly Lobbying Report - J. Walsh - June 2000 |
| | F9 | 5/13/2008 | | x | Journal of the Senate 5/9/00 |
| | | | | | >>>>>> 5/14/2008 W-4: Clark Curtis |
| 63 | | 5/14/2008 | | x | Lobbying Application - C. Curtis 2002 |
| 64 | | 5/14/2008 | | x | Final Lobbyist Report - C. Curtis 2002 |
| 67 | | 5/14/2008 | | x | Monthly Lobbying Report - C. Curtis |
| 66 | | 5/14/2008 | | x | Fax from C. Curtis to J. Celona 2/2/03 |
| 68 | | 5/14/2008 | | x | Final Lobbyist Report - C. Curtis 2003 |
| | | | | | >>>>>> 5/14/2008 W-5: Mary Jane McCusker |
| 97 | | 5/14/2008 | | x | J. Kramer's appointment calendar 7/8 - 7/11, 1999 |
| 326 | | 5/14/2008 | | x | E-mail from J. Celona to MJ McCusker 1/3/02 |
| 73 | | 5/14/2008 | | x | Letter from E. Murphy to J. Kramer 4/12/99 |
| 74 | | 5/14/2008 | | x | Request for for PAC checks |
| 76 | | 5/14/2008 | | x | Letter from E. Murphy to J. Kramer 3/27/00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Kramer/Ortiz — CASE NO. CR 07-009-01/02ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 110 | | 5/14/0200 | | x | J. Kramer's appointment calendar – 4/15 through 5/17/00 |
| 369 | | 5/14/2008 | | x | J. Kramer's appointment calendar 4/2 - 4/4, 2001 |
| 84 | | 5/14/2008 | | x | Letter from E. Murphy to Friend of Sen. Celona 12/27/01 |
| | | | | | >>>>>> 5/15/2008 Examination of W-5 (MJ McCusker) resumes. |
| 375 | | 5/15/2008 | | x | CVS request for travel reimbursement |
| 370 | | 5/15/2008 | | x | J. Kramer's appointment calendar 9/23 - 9/25, 2002 |
| 89 | | 5/15/2008 | | x | Copy of CVS RI PAC check invitation to reception re: J. Celona |
| 91 | | 5/15/2008 | | x | Copy of CVS RI PAC check invitation to reception re: J. Celona |
| 92 | | 5/15/2008 | | x | J. Kramer's appointment calendar 4/7 - 4/9, 2003 |
| 100 | | 5/15/2008 | | x | J. Kramer's appointment calendar 1/6 - 1/9, 2000 |
| 319 | | 5/15/2008 | | x | Invoice from Eurest Dining Services 2/19/03 |
| 331 | | 5/15/2008 | | x | J. Kramer's appointment calendar 2/10 - 2/12, 2003 |
| 327 | | 5/15/2008 | | x | Letter from J. Kramer to J. Celona 6/6/02 |
| 329 | | 5/15/2008 | | x | Gala seating plan - 6/24/02 |
| 330 | | 5/15/2008 | | x | J. Kramer's appointment calendar 1/9 - 1/11, 2003 |
| 332 | | 5/15/2008 | | x | J. Kramer's appointment calendar 6/9 - 6/11, 2003 |
| 334 | | 5/15/2008 | | x | J. Kramer's appointment calendar 8/4 - 8/6, 2003 |
| 337 | | 5/15/2008 | | x | J. Kramer's appointment calendar 8/21 - 8/23, 2003 |
| 341 | | 5/15/2008 | | x | E-mail from MJ McCusker to J. Celona 9/26/03 |
| | S3 | 5/15/2008 | | x | E-mail from C. Ortiz cc'd to J. Kramer |
| | C8 | 5/15/2008 | | x | J. Kramer expense report 10/27/01 |
| | O7 | 5/15/2008 | | x | J. Kramer expense report 7/19/99 |
| | | | | | |
| | T7 | 5/15/2008 | | x | J. Kramer expense report 6/1/02 |
| | X7 | 5/15/2008 | | x | E-mail from C. Harkness to MJ McCusker 6/2/03 |
| | V3 | 5/15/2008 | | x | Spreadsheet -- Charity Classic Ticket Requests |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | L13 | 5/15/2008 | | x | Undated CVS letter to Sen. Walter Felag |
| | B8 | 5/15/2008 | | x | J. Kramer expense report 6/6/01 |
| | F16 | 5/15/2008 | | x | E-mail from J. Kramer to D. Rickard, etc. 10/20/07 |
| | G16 | 5/15/2008 | | x | McCusker calendar 11/24 - 11/26, 2003 |
| | L2 | 5/15/2008 | | x | J. Kramer's appointment calendar 5/27 - 5/30, 1999 |
| | U14 | 5/15/2008 | | x | Letter from C. Ortiz to J. Celona (with invoices) 1/26/01 |
| | Y3 | 5/15/2008 | | x | J. Kramer's appointment calendar 11/27 - 11/29, 2000 |
| | Z3 | 5/15/2008 | | x | J. Kramer's appointment calendar 5/31 - 6/2, 2001 |
| | O | 5/15/2008 | | x | J. Kramer expense report 6/2/01 |
| | D4 | 5/15/2008 | | x | J. Kramer's appointment calendar 5/2 - 5/5, 2002 |
| | F4 | 5/15/2008 | | x | J. Kramer's appointment calendar 8/9 - 8/21, 2002 |
| | H4 | 5/15/2008 | | x | J. Kramer expense report 1/18/03 |
| | G4 | 5/15/2008 | | x | J. Kramer's appointment calendar 1/27 - 1/29, 2002 |
| | I4 | 5/15/2008 | | x | J. Kramer's appointment calendar 5/19 - 5/21, 2003 |
| | J4 | 5/15/2008 | | x | J. Kramer expense report 5/24/03 |
| | E4 | 5/15/2008 | | x | E-mail from J. Celona to MJ McCusker 4/30/02 |
| | Y | 5/15/2008 | | x | Letter from J. Kramer to J. Celona 12/12/2002 |
| | D16 | 5/15/2008 | | x | E-mail from MJ McCusker to L. Bush 12/31/02 |
| | X | 5/15/2008 | | x | E-mail from MJ McCusker to L. Bush 1/3/03 |
| | S | 5/15/2008 | | x | 7/23/02 E-mail from L. Bush to J. Kramer, with attached Minutes of 7/23/02 5K meeting |
| | T | 5/15/2008 | | x | Summary of 2002 CVS Downtown 5K |
| | C4 | 5/15/2008 | | x | Letter from J. Celona to J. Kramer 9/12 01 |
| | P | 5/15/2008 | | x | Letter from J. Kramer to J. Celona 6/10/02 |
| | X3 | 5/15/2008 | | x | Letter from J. Celona to J. Kramer 5/2/00 |
| | U | 5/15/2008 | | x | E-mail from MJ McCusker to J. Celona 8/16/02 |
| 345 | | 5/15/2008 | | x | Political Contributions Budget 6/28/00 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | S4 | 5/15/2008 | | x | E-mail from L. Bush to MJ McCusker 7/25/03 |
| | | | | | >>>>>> 5/15/2008 W-6: Betty Ann Bibeault |
| 374 | | 5/15/2008 | | x | Letter from L. Ball & C. Richardson to C. Ortiz, etc. 3/31/01 |
| 347 | | 5/15/2008 | | x | Political Contributions Budget 10/15/01 |
| 99 | | 5/15/2008 | | x | Government Affairs 2000 Proposed Budget Overview |
| 117 | | 5/15/2008 | | x | J. Celona invoice 2/23/00 |
| 118 | | 5/15/2008 | | x | CVS Check Request Form |
| 119 | | 5/15/2008 | | x | CVS envelope addressed to J. Celona - postmarked 4/10/00 |
| 120 | | 5/15/2008 | | x | Copy of CVS check dated 4/10/00, payable to J. Celona |
| 136 | | 5/15/2008 | | x | J. Celona invoice dated 7/25/00 |
| 195 | | 5/15/2008 | | x | E-mail exchange: J. Celona, C. Ortiz, B. Bibeault 12/24/01 |
| | | | | | >>>>>> 5/16/2008 Examination of W-6 (B. Bibeault) resumes. |
| 82 | | 5/16/2008 | | x | C. Ortiz appointment calendar 4/2 - 4/8, 2001 |
| 112 | | 5/16/2008 | | x | C. Ortiz appointment calendar 6/11 - 6/17, 2001 |
| 384 | | 5/16/2008 | | x | C. Ortiz appointment calendar 4/15 - 4/21, 2002 |
| 115 | | 5/16/2008 | | x | C. Ortiz appointment calendar 8/19 - 8/25, 2002 |
| 318 | | 5/16/2008 | | x | Catering Order Form |
| 317 | | 5/16/2008 | | x | Legislative Luncheon Agenda |
| 206 | | 5/16/2008 | | x | E-mail from Ariba Administrator to B. Bibeault 2/27/02 |
| 103 | | 5/16/2008 | | x | Memo from C. Ortiz to J. Kramer re: Government Affairs Strategy - 2001 |
| 116 | | 5/16/2008 | | x | Memo from C. Ortiz to J. Kramer - 4/14/03 |
| 108 | | 5/16/2008 | | x | Consulting Agreement between CVS and J. Celona 2/10/00 |
| | C3 | 5/16/2008 | | x | Political Contributions Spreadsheet |
| | O8 | 5/16/2008 | | x | 1998 Albers & Co. Contract with CVS |
| | P8 | 5/16/2008 | | x | 1999 Albers & Co. Contract with CVS |
| | N8 | 5/16/2008 | | x | Memo from B. Albers to J. Kramer & C. Ortiz 4/11/98 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | N11 | 5/16/2008 | | x | E-mail appointment dated 1/6/03 |
| | D3 | 5/16/2008 | | x | Political Contributions Spreadsheet |
| | T2 | 5/16/2008 | | x | Political Contributions Spreadsheet |
| | S2 | 5/16/2008 | | x | Political Contributions Spreadsheet |
| 346 | | 5/16/2008 | | x | Government Affairs Expenses as of 12/20/00 |
| | U2 | 5/16/2008 | | x | Political Contributions Spreadsheet |
| | Z2 | 5/16/2008 | | x | 2001 Budget Projections - Government Affairs Spreadsheet |
| | A15 | 5/16/2008 | | x | Celona Invoice dated 4/28/00 |
| | | | | | |
| | W14 | 5/16/2008 | | x | CVS Check Request Form dated 6/13/01 |
| | X14 | 5/16/2008 | | x | E-mail from Ariba Administrator to R. Seeley dated 6/13/03 |
| | Y14 | 5/16/2008 | x | x | Undated telephone message note to B. Bibeault |
| 182 | | 5/16/2008 | | x | J. Celona Invoice dated 9/24/01 |
| 235 | | 5/16/2008 | | x | E-mail exchange: B. Bibeault and D. Tardif, dated 9/4/02 |
| 348 | | 5/16/2008 | | x | E-mail exchange: J. Celona and C. Ortiz, from 12/3/00 to 1/4/01 |
| | P4 | 5/16/2008 | | x | E-mail from B. Bibeault to J. Celona dated 12/24/01 |
| | F15 | 5/16/2008 | | x | Fax from J. Celona to B. Bibeault, with invoices, dated 12/24/01 |
| | T14 | 5/16/2008 | | x | Letter from P. DeRoche to C. Ortiz dated 2/21/00 |
| | J2 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. John Celona dated 5/15/98 |
| | G10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Marc Cote dated 5/15/98 |
| | H10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Paul Tavares dated 5/15/98 |
| | I10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. William Irons dated 5/15/98 |
| | J10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Kevin Breene dated 5/15/98 |
| | K10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Leo Blais dated 5/15/98 |
| | L10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. David Bates dated 5/15/98 |
| | M10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. William Walaska dated 5/15/98 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | N10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Robert Palazzo dated 5/15/98 |
| | O10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Joseph Montalbano dated 5/15/98 |
| | P10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Michael McCaffrey dated 5/15/98 |
| | Q10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Daniel Issa dated 5/15/98 |
| | R10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Michael Damiani dated 5/15/98 |
| | S10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Daniel Connors dated 5/15/98 |
| | T10 | 5/16/2008 | | x | Letter from C. Ortiz to Sen. Thomas Coderre dated 5/15/98 |
| | K2 | 5/16/2008 | | x | Request for PAC checks dated 5/27/99, etc. |
| | K3 | 5/16/2008 | | x | 4/1/99 - 6/30/99 CVS Campaign Contributions and Expenditures Report |
| | L3 | 5/16/2008 | | x | 4/1/00 - 6/30/00 CVS Campaign Contributions and Expenditures Report |
| | J3 | 5/16/2008 | | x | 7/1/98 - 8/19/98 CVS Campaign Contributions and Expenditures Report |
| | M3 | 5/16/2008 | | x | 1/1/01 - 3/31/01 CVS Campaign Contributions and Expenditures Report |
| | N16 | 5/16/2008 | | x | 1/1/03 - 3/31/03 CVS Campaign Contributions and Expenditures Report |
| | O16 | 5/16/2008 | | x | Undated letter from J. Sousa for the Lenihan for Senate Committee |
| | P16 | 5/16/2008 | | x | Invitation to 4/2/02 Sen. William Walaska fundraiser, addressed to J. Kramer |
| | R16 | 5/16/2008 | | x | Letter from J. Langevin to T. Ryan dated 2/22/03 |
| | | | | | >>>>>> 5/16/2008 W-7: David Rickard |
| | V16 | 5/16/2008 | | x | J. Kramer, Goals for Peformance and Success, 2003 Year-End Review |
| | | | | | >>>>>> 5/19/2008 W-8: Robin Seeley |
| | | | | | >>>>>> 5/19/2008 W-9: Christine Egan |
| 107 | | 5/19/2008 | | x | Consultant Form Agreement document |
| | M11 | 5/19/2008 | | x | Contract dated 3/31/00 - CVS/Washington Strategies |
| 385 | | 5/19/2008 | | x | Stipulation: re CVS payments to J. Celona |
| 383 | | 5/19/2008 | | x | Stipulation: re J. Celona's government interviews |
| 382 | | 5/19/2008 | | x | Stipulation: re amounts received by J. Celona from certain entities |
| 381 | | 5/19/2008 | | x | Stipulation: re documents seized from J. Celona's home |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 380 | | 5/19/2008 | | x | Stipulation: re J. Celona's Grand Jury testimony |
| 379 | | 5/19/2008 | | x | Stipulation: re CVS PAC Contributions |
| | | | | | >>>>>> 5/19/2008 W-10: John Celona |
| 389 | | 5/19/2008 | | x | J. Celona's Plea Agreement |
| 24 | | 5/19/2008 | | x | Letter 5/15/98 C. Ortiz to J. Celona |
| 2 | | 5/19/2008 | | x | Freedom of Choice |
| 3 | | 5/19/2008 | | x | Freedom of Choice |
| 25 | | 5/19/2008 | | x | News Release -- J. Celona -- 1/9/99 |
| 4 | | 5/19/2008 | | x | Freedom of Choice |
| 386 | | 5/19/2008 | | x | J. Celona appointment calendar page 7/8 - 7/11, 1999 |
| 98 | | 5/19/2008 | | x | Letter from J. Celona to J. Kramer 9/23/99 |
| 101 | | 5/19/2008 | | x | J. Celona appointment calendar page 1/6 - 1/9, 2000 |
| | | | | | |
| 12 | | 5/19/2008 | | x | Senate Journal - 3/9/00 |
| 316 | | 5/19/2008 | | x | J. Celona appointment calendar page 3/13 - 3/15, 2000 |
| 350 | | 5/19/2008 | | x | E-mail exchanges: J. Celona & C. Ortiz 1/31 & 3/13, 2001 |
| 13 | | 5/19/2008 | | | Senate Journal - 1/4/00 |
| 6 | | 5/19/2008 | | x | Freedom of Choice |
| 7 | | 5/19/2008 | | x | Returns to Manufacturer |
| | | | | | >>>>>> 5/20/200 Examination of W-10 (J. Celona) resumes. |
| 196 | | 5/20/2008 | | x | Fax: J. Celona to B. Bibeault 12/24/01 |
| 15 | | 5/20/2008 | | x | Letter: J.M. Lenihan appointing J. Celona to RIHEAA dated 3/1/00 |
| 16 | | 5/20/2008 | | x | Student Loan Authority Board of Directors -- Meeting Minutes 1/10/02 |
| 352 | | 5/20/2008 | | x | E-mail: J. Celona to J. Kramer 1/24/02 |
| 17 | | 5/20/2008 | | x | Student Loan Authority Board of Directors -- Meeting Minutes 3/14/02 |
| 353 | | 5/20/2008 | | x | E-mail: J. Celona to C. Ortiz 3/19/02 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | | | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 328 | | 5/20/2008 | | x | E-mail exchange: J. Celona & C. Ortiz 6/12/02 |
| 10 | | 5/20/2008 | | x | Freedom of Choice - Substitute A |
| 358 | | 5/20/2008 | | x | Fax: J. Kramer to J. Celona, with attachments 5/22/03 |
| 356 | | 5/20/2008 | | x | E-mail: C. Ortiz to J. Celona 2/10/03 |
| | | | | | |
| 387 | | 5/20/2008 | | x | J. Celona appointment calendar 6/9/03 |
| 388 | | 5/20/2008 | | x | J. Celona appointment calendar 8/4/03 |
| 339 | | 5/20/2008 | | x | E-mail: D. Klouse to J. Celona 9/18/03 |
| 310 | | 5/20/2008 | | x | J. Celona invoice - 9/1/03 |
| 315 | | 5/20/2008 | | x | Copy of CVS check made payable to J. Celona, dated 9/17/03 |
| 359 | | 5/20/2008 | | x | J. Celona's RI Ethics Commission 2000 Yearly Financial Statement |
| 360 | | 5/20/2008 | | x | J. Celona's RI Ethics Commission 2001 Yearly Financial Statement |
| 361 | | 5/20/2008 | | x | J. Celona's RI Ethics Commission 2002 Yearly Financial Statement |
| 109 | | 5/20/2008 | | x | Consulting Description for J. Celona |
| | R15 | 5/20/2008 | x | | Providence Journal article dated 4/28/99 - J. Celona |
| | L17 | 5/20/2008 | x | | Notes of William DiMitri from 10/25 & 10/28 interviews of John Celona |
| | F19 | 5/20/2008 | | x | Undated summary of political experience of J. Celona |
| | N22 | 5/20/2008 | x | | FBI Investigation Memorandum of J. Celona dated 11/4/04 |
| | | | | | >>>>>> 5/21/200 Examination of W-10 (J. Celona) resumes. |
| | W16 | 5/21/2008 | x | | Notes of IRS Agent Burman re: 9/1/04 Celona interview |
| | B17 | 5/21/2008 | x | | Notes of IRS Agent Burman re: 10/25/04 Celona interview |
| | J22 | 5/21/2008 | | x | Letter dated 9/21/03 from J. Celona to M. Lancia |
| | K15 | 5/21/2008 | | x | CVS Substitute W-9 for J. Celona dated 12/9/00 |
| | L15 | 5/21/2008 | | x | 2000 CVS 1099 for J. Celona |
| | M15 | 5/21/2008 | | x | 2001 CVS 1099 for J. Celona |
| | N15 | 5/21/2008 | | x | 2002 CVS 1099 for J. Celona |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | O15 | 5/21/2008 | | x | 2003 CVS 1099 for J. Celona |
| | J9 | 5/21/2008 | | x | House Bill 2000 - H 6904 |
| | I9 | 5/21/2008 | | x | Journal of the Senate dated 6/30/00 |
| | Y15 | 5/21/2008 | | x | Senate Bill 2000 - S 2255 Substitute A |
| | S20 | 5/21/2008 | x | | E-mail from M. Ganim to J. Celona dated 10/21/02 |
| | J19 | 5/21/2008 | | x | Printout from J. Celona's hard drive re: RISLA |
| | | | | | |
| | M4 | 5/21/2008 | | x | Letter from C. Oritz to J. Celona dated 4/23/01 |
| | V | 5/21/2008 | | x | J. Kramer expense report dated 8/24/02 |
| | G18 | 5/21/2008 | | x | Newspaper article dated 5/4/00, with attached fax from J. Celona to J. Kramer |
| | B4 | 5/21/2008 | | x | J. Celona news release dated 6/14/01 |
| | | | | | |
| | D | 5/21/2008 | | x | Transcript of video recording of Celona State House Report re: CVS Charity Classis 2000 |
| | H | 5/21/2008 | | x | Transcript of video recording of Celona State House Report re: CVS Charity Classis 2001 |
| | L | 5/21/2008 | | x | Transcript of video recording of Celona State House Report re: CVS Charity Classis 2003 |
| | F | 5/21/2008 | | x | Transcript of video recording of Celona State House Report - CVS Charity Classic & Downtown K |
| | J | 5/21/2008 | | x | Transcript of video recording of Celona State House Report re: CVS Highlander Charter School |
| | I19 | 5/21/2008 | x | x | E-mail from W. Dimitri to J. Celona 1/28/04 |
| | I22 | 5/21/2008 | x | | Providence Journal article dated 10/1/03 re: GTECH |
| | X16 | 5/21/2008 | x | | Notes of IRS Agent Burman re: 9/7/04 interview of J. Celona |
| | T4 | 5/21/2008 | | x | E-mail dated 9/18/03 from D. Klouse to J. Celona |
| | P18 | 5/21/2008 | | x | Letter from J. Celona to B. Parcells dated 3/10/97 |
| | | | | | >>>>>> 5/22/2008 Examination of W-10 (J. Celona) resumes. |
| | X18 | 5/22/2008 | | x | Consulting Agreement dated 12/26/02 J. Celona/N.E. Ambulance Service |
| | Z6 | 5/22/2008 | | x | N.E. Ambulance contract with J. Celona 12/31/01 |
| | B7 | 5/22/2008 | | x | N.E. Ambulance contract with J. Celona 12/17/03 |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F7 | 5/22/2008 | | x | Contract dated 1/14/04 J. Celona/Certified Cleaning & Restoration |
| | H7 | 5/22/2008 | | x | Consulting Agreement Intercity Maintenance/J. Celona |
| | K22 | 5/22/2008 | | x | Consulting Agreement Ocean State Hearing Aid Center/J. Celona |
| | L20 | 5/22/2008 | x | | Information as to John Celona |
| | X20 | 5/22/2008 | | x | Letter from W. Dimitri to G. Sullivan dated 8/3/05 |
| | U20 | 5/22/2008 | | x | Letter from L. Matos to J. Gramitt dated 8/30/05 |
| | A21 | 5/22/2008 | x | | Govt's Motion for Downward Departure as to J. Celona |
| | E7 | 5/22/2008 | | x | Community Media Services invoice to Healthlink dated 1/18/01 |
| | E18 | 5/22/2008 | | x | Community Media Services invoice to P. Gaspar dated 3/20/01 |
| | N20 | 5/22/2008 | x | | Plea Hearing transcript dated 8/25/05 J. Celona |
| | L21 | 5/22/2008 | | x | Letter from R. Buco to J. Celona sending 2003 tax return, dated 11/2/06 |
| | K21 | 5/22/2008 | | x | Letter from R. Buco to J. Celona sending 2004 tax return, dated 11/2/06 |
| | J21 | 5/22/2008 | | x | Letter from R. Buco to J. Celona sending 2005 tax return, dated 11/2/06 |
| | C21 | 5/22/2008 | x | | Handwritten memo from K. Celona to R. Buco re: 2003 tax return |
| | E21 | 5/22/2008 | x | | Handwritten fax from K. Celona to R. Buco re: taxes |
| | N21 | 5/22/2008 | | x | Letter from R. Buco to the Celonas sending 2002 tax return, dated 8/1/03 |
| | Q22 | 5/22/2008 | x | | FBI investigation memo re: J. Celona, dated 3/7/08 |
| | O22 | 5/22/2008 | x | | FBI investigation memo re: J. Celona, dated 4/26, 27, 2006 |
| | K4 | 5/22/2008 | | x | Undated handwritten note - J. Celona |
| | L4 | 5/22/2008 | | x | Undated handwritten notes |
| | W13 | 5/22/2008 | | x | Letter dated 8/7/00 J. Celona to K. Proctor |
| | R20 | 5/22/2008 | | x | Press Release re: Celona bill - 4/28/03 |
| | | | | | >>>>>> 5/23/2008 W-11: James Smith |
| | U16 | 5/23/2008 | | x | Memo from T. Ryan to All CVS mailboxes, dated 5/1/03 |
| | E16 | 5/23/2008 | | x | Undated memo re: Upcoming Community Events - Master List |
| | R2 | 5/23/2008 | | x | E-mail dated 10/16/03 R. Seeley to G. Tucker, with attachments |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Kramer/Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | >>>>>> 5/23/2008 W-12: Todd Andrews |
| | Q4 | 5/23/2008 | | x | Consulting Description for J. Celona: Scope of Work for CVS/Pharmacy |
| | U7 | 5/23/2008 | | x | E-mail appointment dated 6/11/02 |
| | A8 | 5/23/2008 | | x | Memo from J. Kramer to T, Andews & J. Veilleux, dated 11/20/00 |
| | A23 | 5/23/2008 | | x | E-mail appointment dated 1/7/03 |
| | | | | | >>>>>> 5/23/2008 W-13: Susan DelMonico |
| | | | | | --------- |
| 394 | | 5/23/2008 | | x | Transcript of C. Ortiz' oral testimony before state grand jury 8/4/04 |
| 390 | | 5/23/2008 | | x | Stipulation re: J. Kramer and "Celona State House Report" |
| 391 | | 5/23/2008 | | x | Stipulation re: State House benefits as to federal programs |
| 392 | | 5/23/2008 | | x | Stipulation re: Reports of Relationship between Gordon Fox's law firm & GTECH |
| 393 | | 5/23/2008 | | x | Stipulation re: J. Celona's income in 2000, 2001, 2002, & 2003 |
| | | | | | --------- |
| 395 | | 5/27/2008 | | x | Excerpt of RI General Rules |
| 396 | | 5/27/2008 | | x | Stipulation re: Videotapes Found in the Office and Home of J. Kramer |
| 397 | | 5/27/2008 | | x | Stipulation re: CVS Caremark Corporation's Annual Operating Profits |
| | R24 | 5/27/2008 | | x | CD-R: State House video composite |
| | T24 | 5/27/2008 | | x | Transcript of R24: State House video composite |
| | Q24 | 5/27/2008 | | x | CD-R: Excerpts of videos re: videos as described in Exhibit 396 |
| | S24 | 5/27/2008 | | x | Transcript of Q24: video exceprts |
| | | | | | --------- |
| | | | | | 5/29/2008 Closing arguments by Messrs. Dambruch, Fein, and Kiley. |
| 102 | | 5/29/2008 | | x | Memo from J. Kramer to T. Ryan dated 2/3/00, with attachments |
| 111 | | 5/29/2008 | | x | 2000 Performance Plan and Evaluation for C. Ortiz |
| 57 | | 5/29/2008 | | x | Monthly Lobbying Report - G. Wolf - 3/03 |
| 333 | | 5/29/2008 | | x | J. Kramer's expense report for 7/11 through 7/19, 2003 |
| | | | | | |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John Kramer/Carlos Ortiz | CASE NO. CR 07-009-01/02ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | W7 | 5/29/2008 | | x | CVS Charity Classic Income Statement dated 3/18/03 |
| | C24 | 5/29/2008 | | x | Government Affairs 2000 Proposed Budget Overview |
| | O2 | 5/29/2008 | | x | Receipt from The Elmwood Barn dated 5/27/99 (typed version) |
| | N2 | 5/29/2008 | | x | Receipt from The Elmwood Barn dated 5/27/99 |
| | S7 | 5/29/2008 | | x | E-mail: H. Devlin to J. Kramer 3/26/02, with NBC Proposal for CVS Charity Classic |
| | K19 | 5/29/2008 | | x | Printout from J. Celona's hard drive re: Todd Andrews |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | >>>> | SEE: Attached Stipulation (Exhibit #363) which notes all full exhibits for jury consideration. |
| | | | | | Many of those full exhibits noted were not mentioned/used by counsel at trial. |
| | | | | | All exhibits which were offered/used during the jury trial are listed here within Pages 1 through 13.. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA, :
:
v. : CR 07-09-01 (MML)
:
:
JOHN R. KRAMER, and :
CARLOS ORTIZ :

**STIPULATION**

The United States of America and the defendants, John R. Kramer and Carlos Ortiz, all stipulate and agree to the following:

1. Government exhibits 1 through 17, 19 through 68, 70 through 103, 105 through 172, 175 through 341, 345 through 362, and 364 through 393 are authentic, admissible and should be admitted as full exhibits; and,

2. Defendants' exhibits Kramer A through Kramer U5, Kramer W5 through Kramer Z5, Kramer D6, Kramer Z6, Kramer A7, Kramer B7, Kramer E7, Kramer F7, Kramer H7, Kramer O7, Kramer S7 through Kramer U7, Kramer W7 through Kramer Y7, Kramer A8 through Kramer C8, Kramer N8 through Kramer P8, Kramer B9, Kramer D9, Kramer F9, Kramer I9, Kramer J9, Kramer M9, Kramer P9, Kramer G10 through Kramer T10, Kramer X10, Kramer H11, Kramer M11, Kramer N11, Kramer C13, Kramer L13, Kramer R13, Kramer U13 through Kramer W13, Kramer H14, Kramer T14, Kramer U14, Kramer W14 through Kramer Y14, Kramer A15, Kramer F15, Kramer K15 through Kramer O15, Kramer Y15, Kramer Z15, Kramer D16 through Kramer G16, Kramer J16 through Kramer L16, Kramer N16 through Kramer P16, Kramer R16 through Kramer V16, Kramer X17, Kramer A18 through Kramer E18, Kramer G18,

Kramer P18, Kramer Q18, Kramer X18, Kramer F19, Kramer I19 through Kramer K19, Kramer I20, Kramer Q20, Kramer R20, Kramer U20, Kramer X20, Kramer C21, Kramer E21, Kramer F21, Kramer J21 through Kramer L21, Kramer N21 through Kramer P21, Kramer J22, Kramer K22, Kramer A23, Kramer B23, Kramer F23, Kramer G23, and Kramer I23 through Kramer R24 are authentic, admissible and should be admitted as full exhibits.

Peter DiBiase, Esquire
David Fein, Esquire
Scott Corrigan, Esquire
*Attorneys for Defendant*
*John R. Kramer*

Mark Smith, Esquire
Thomas Kiley, Esquire
Anthony Traini, Esquire
*Attorneys for Defendant*
*Carlos Ortiz*

Stephen G. Dambruch
Assistant U.S. Attorney