***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

*OFFICE OF THE CLERK*

*June 10, 2008*

*CR 07-009-01/02ML*
*USA v. John R. Kramer/Carlos Ortiz*



*Dear Counsel:*

*In accordance with General Rule 103(d) of the Local Rules, the Clerk of the District Court has been holding exhibits* in the above-entitled action.*

*It is requested that your office send a representative on or before Friday, June 20, 2008, to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.*

*Sincerely yours,*
*David A. DiMarzio*
*Clerk of Court*

*BY:* ***John Duhamel,*** *Deputy Clerk* **(401) 752-7205**

**Government's Exhibits re: May 12-30, 2008, Jury Trial*
**Defendant's Exhibits re: May 12-30, 2008, Jury Trial*